LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS<br><br>Plaintiffs,<br>v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No.:  1:25-cv-06162-RMI<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT-CIVIL** |

**TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the summons, complaint, civil cover sheet and other documents identified below (collectively "Summons") are being served upon you pursuant to Rule 4 of the Federal Rules of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or party on whose behalf you are being served) to liability for the

1

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT-CIVIL**

payment of any expenses incurred in serving a summons on you in the above entitled case in any other manner permitted by law.

This form must be signed by you personally or your attorney of record if your attorney has been authorized by you to accept the service of the summons on your behalf. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Please sign the form, scan it and email it to the sender at: ljmarston@rmlawoffice.net.

Date of mailing or emailing: August 19, 2025

_____
Lester J. Marston, Attorney for Plaintiffs

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt and acceptance of service by the defendants of the following:

1. ☒ A copy of the summons and the complaint.
2. ☒ Other (specify):
   - Civil Cover Sheet [Doc 1-1]
   - Order Setting Initial CMC and ADR Deadlines [Doc 4]
   - Case Assignment by Intake [Doc 3]
   - (blank) Consent or Declination to Magistrate Judge form
   - (copy) ECF Registration Information page
   - (copy) Standing Order - All Northern District Judges

**(To be completed by recipient):**

Date this form is signed: August 20, 2025

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT-CIVIL**

Christopher Wheeler, Farella Braun + Martel
on Behalf of Kalshi Defendants
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY,
IF ANY, ON WHOSE BEHAALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT,
WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF
OF ANOTHER PERSON OR ENTITY)

Date this form is signed: August __, 2025

Liz Kim, Conrad | Metlitzky | Kane LLP on behalf of
Robinhood Markets, Inc. and Robinhood Derivatives, LLC
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY,
IF ANY, ON WHOSE BEHAALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT,

WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF
OF ANOTHER PERSON OR ENTITY)

Date this form is signed: August 20, 2025

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY,
IF ANY, ON WHOSE BEHAALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT,

WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF
OF ANOTHER PERSON OR ENTITY)

Date this form is signed: August __, 2025

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY,
IF ANY, ON WHOSE BEHAALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT,
WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF
OF ANOTHER PERSON OR ENTITY)

3

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT-CIVIL**