| | |
|---|---|
| Olivia S. Choe (pro hac vice pending)<br>ochoe@milbank.com<br>Joshua B. Sterling (pro hac vice pending)<br>jsterling@milbank.com<br>Milbank LLP<br>1101 New York Avenue, NW<br>Washington D.C. 20005<br>Telephone: 202.835.7500<br>Facsimile: 202.263.7586<br><br>Grant R. Mainland (pro hac vice pending)<br>gmainland@milbank.com<br>Karen Wong (pro hac vice pending)<br>kwong3@milbank.com<br>Milbank LLP<br>55 Hudson Yards,<br>New York, NY 10001<br>Telephone: 212.530.5000<br>Facsimile: 212.530.5219<br><br>Christopher C. Wheeler (State Bar No. 224872)<br>cwheeler@fbm.com<br>Dylan M. Silva (State Bar No. 306363)<br>dmsilva@fbm.com<br>Farella Braun + Martel LLP<br>One Bush Street, Suite 900<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendants KALSHI INC. and KALSHIEX LLC | Antony L. Ryan (pro hac vice pending)<br>aryan@cravath.com<br>Kevin J. Orsini (pro hac vice pending)<br>korsini@cravath.com<br>Brittany L. Sukiennik (pro hac vice pending)<br>bsukiennik@cravath.com<br>Cravath, Swaine & Moore LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212-474-1000<br>Facsimile: 212-474-3700<br><br>MARK R. CONRAD (CA Bar No. 255667)<br>LIZ KIM (CA Bar No. 295277)<br>**CONRAD \| METLITZKY \| KANE LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel:    (415) 343-7100<br>Fax:   (415) 343-7101<br>Email: mconrad@conmetkane.com<br>Email: lkim@conmetkane.com<br><br>Attorneys for Defendants ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>     Plaintiffs,<br><br>     vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>     Defendants. | Case No. 1:25-cv-06162<br><br>**JOINT STIPULATION REGARDING ACCEPTANCE OF SERVICE, CONSENT TO MAGISTRATE AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND [~~PROPOSED~~] ORDER THEREON**<br><br>Date Action Filed:    July 22, 2025<br><br>Trial Date:    None Set |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER - Case No. 1:25-cv-06162

The parties, by and through their undersigned legal counsel, hereby stipulate as follows:

1. On July 22, 2025, Plaintiffs, Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians (collectively, "Plaintiffs") filed this action in the United States District Court for the Northern District of California against Defendants Kalshi Inc., KalshiEX LLC, Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Defendants");

2. On August 19, 2025, without waiving any defense other than as to the sufficiency of service of Plaintiffs' complaint, and while reserving all other rights under the Federal Rules of Civil Procedure, the Local Rules of the U.S. District Court for the Northern District of California, or other applicable law, Defendants, through their respective undersigned counsel accepted service for all Defendants, and executed an acknowledgement of service and emailed the executed acknowledgment to Lester J. Marston, one of the attorneys for the Plaintiffs;

3. On August 19, 2025, Defendants also executed and filed with the Court, the Court's "Consent or Declination to Magistrate Judge Jurisdiction" form pursuant to Civil Local Rule 73-1(a) declining to have the Magistrate hear this case;

4. Within sixty (60) days after this action is assigned to a United States District judge, Defendants shall file their motion(s) to dismiss the complaint;

5. Within sixty (60) days after Defendants file their motion(s) to dismiss, Plaintiffs shall file their opposition(s);

6. Within forty-five (45) days after Plaintiffs file their opposition(s), Defendants shall file their reply or replies.

7. Pursuant to Local Rule 5–1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

8. The court can issue an order, ordering the parties to comply with the terms of this stipulation.

| | | |
|---|---|---|
| 1 | Dated: August 21, 2025 | THE LAW OFFICES OF RAPPORT AND MARSTON |
| 2 | | |
| 3 | | By: */s/ Lester J. Marston* |
| | | Lester J. Marston |
| 4 | | |
| 5 | | Attorneys for Plaintiffs BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS |
| 6 | | |
| 7 | | |
| 8 | Dated: August 21, 2025 | FARELLA BRAUN + MARTEL LLP |
| 9 | | |
| 10 | | By: */s/ Christopher C. Wheeler* |
| | | Christopher C. Wheeler |
| 11 | | |
| 12 | | Attorneys for Defendants KALSHI INC. and KALSHIEX LLC |
| 13 | | |
| 14 | | |
| 15 | Dated: August 21, 2025 | CONRAD | METLITZKY | KANE LLP |
| 16 | | |
| 17 | | By: */s/ Liz Kim* |
| 18 | | Liz Kim |
| 19 | | Attorneys for Defendants ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC |
| 20 | | |

[~~PROPOSED~~] ORDER

The Court, having read the forgoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, that the parties shall carry out the terms of the above stipulation.

IT IS FURTHER ORDERED, that the proposed briefing schedule of the parties is hereby approved. Within sixty (60) days after this action is assigned to a United States District judge, Defendants shall file their respective motions to dismiss the complaint. Within sixty (60) days after Defendants file their motions to dismiss, Plaintiffs shall file their oppositions; and within forty-five (45) days after Plaintiffs file their oppositions, Defendants shall file their replies.

Dated: August 25, 2025



United States Di____

JOINT STIPULATION AND [~~PROPOSED~~] ORDER - Case No. 1:25-cv-06162      5

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

47225\20548426.1