LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS<br><br>Plaintiffs,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No.:  25-cv-06162-RMI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians' (collectively, the "Tribes") Motion for Preliminary Injunction ("Motion") as against Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"). Kalshi opposed the Motion and the Tribes filed a reply. Having fully considered the matter and good cause appearing, the Court rules as follows:

1

1.    The Motion is GRANTED.

2.    Kalshi is enjoined from offering on the Tribes' Indian lands any sports contracts, including, but not limited to, contracts that facially involve, relate to, or reference the sports of baseball, tennis, pickleball, soccer, basketball, football, golf, chess, esports, hockey, motorsports, boxing, wrestling, and Ultimate Fighing Championship events.

3.    Kalshi is enjoined from offering on the Tribes' Indian lands contracts that take the form of a binary "yes/no" event contract that pose the following questions:

      a.    "Will <team> win <title>?"

      b.    "Will <team> win <event>?"

and any subsequent permutation, alteration, or variation of such contracts that facially involve, relate to, or reference sports, constitute or mimic sports betting, or any other class III gaming activities as defined by the Indian Gaming Regulatory Act. 25 U.S.C. § 2701(4).

4.    Kalshi is further enjoined from marketing its sports contracts as "legal in all 50 states" or any variation of that phrase or similar representation regarding the nationwide legality of sports betting on a Designated Contract Market. 7 U.S.C § 7b-1(a).

5.    Within 21 days of this order, counsel for Kalshi shall file with the Court a status report detailing the steps taken by Kalshi to comply with this order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge

[PROPOSED] ORDER
[Case No. 25-cv-06162-RMI]