LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney  for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS<br><br>Plaintiffs,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No.:  25-cv-06162-JSC<br><br>**DECLARATION OF IAN DEVRIES IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Ian DeVries, declare:

1.    I am a Licensing Investigator employed by the Chicken Ranch Rancheria of Me-Wuk Indians' Tribal Gaming Agency. I am submitting this declaration in support of Plaintiffs' Motion for a Preliminary Injunction filed in the above-entitled action. The information contained in this declaration is of my own personal knowledge and, if called as a witness in these proceedings, I could and

1

would competently testify thereto.

2. On July 25, 2025, at approximately 4:00 PM, I was present on Chicken Ranch tribal land ("Trust Land"), that is owned by the United States of America in trust for the Tribe, in the Tribal Gaming Agency ("TGA") Conference Room located at 9200 Red Tail Hawk Drive, Jamestown, California. Also present were Silas Willis, Chicken Ranch Tribal Gaming Agency Investigator I; Jessie Guerrero, Chicken Ranch Tribal Gaming Agency Licensing Commissioner; and Joel Battle, Chicken Ranch Tribal Gaming Agency Licensing Manager.

3. While on the Trust Land, I created an account on the Kalshi application using my work email address (IDevries@crgc.biz) for demonstration purposes. With the permission of Licensing Commissioner Jessie Guerrero, I attempted to place a $20.00 wager using his company credit card. To document the process, I used the screen recording feature on my iPhone 12 Pro Max.

4. When I attempted the transaction, the Kalshi application displayed a message stating that credit cards were not supported at that time and recommended using a debit card instead. No transaction was completed using the company credit card.

5. Afterward, I sent the screen recording to Joel Battle and deleted the video from my phone.

6. Shortly thereafter, I observed Licensing Manager Joel Battle access the Kalshi application on his personal iPhone, at the TGA offices on the Trust Land. Joel Battle placed a $20 wager on the outcome of the Major League Baseball game between the Colorado Rockies and the Baltimore Orioles, which occurred that same afternoon, at the TGA offices on the Trust Land. The wager was placed on the Colorado Rockies to win.

7. Later that afternoon Joel Battle informed me that the Colorado Rockies won the game, and that Joel Battle had received a payout of $114.30 from the Kalshi application.

2

I declare under penalty of perjury that the foregoing is true and correct; executed this 26th day of August, 2025 in Jamestown, California.

*/s/ Ian Devries*
IAN DEVRIES, Declarant

DEVRIES DECLARATION IN SUPPORT
[Case No.:  25-cv-06162-JSC]

**CERTIFICATE OF SERVICE**

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system on September 4, 2025, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on September 4, 2025, at Ukiah, California.

/s/ Anita Salmeron
ANITA SALMERON

DEVRIES DECLARATION IN SUPPORT
[Case No.:  25-cv-06162-JSC]