LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS | Case No.:  25-cv-06162-JSC |
| Plaintiffs, | **DECLARATION OF SKYLER KRETZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20, | |
| Defendants. | |

I, Skyler Kretz, declare:

1.      I am an intern in the Law Office of Lester J. Marston, which represents the Plaintiffs, Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and the Picayune Rancheria of Chukchansi Indians ("Tribes") in the above-entitled

1

case. I am submitting this declaration in support of the Tribes' Motion for a Preliminary Injunction. The information contained in this declaration is of my own personal knowledge and, if called as a witness in these proceedings, I could and would competently testify thereto.

2. On July 17, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screenshotted[1] a video posted on the account page. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 1**.[2] In captioned language, the video states, "Less than 6 months ago, we launched our first sports market. Today, we crossed $2 billion in sports trading volume."

3. On July 17, 2025, I screen recorded[3] an advertisement video from Kalshi's official Instagram account, @kalshi_official. A true and correct copy of the July 17, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 2**.

---

[1] A "screenshot" is "an image that shows the contents of a computer display." *Screenshot*, Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/screenshot (last visited Aug. 26, 2025). "Screenshotting" means "to capture a screenshot of (an image on a computer display)." *Id.* "Screenshotted" is the past-tense/past-participle form of the transitive verb, "screenshotting," namely, a still image is taken of content displayed on a computer screen, as relevant here, for the purpose of preserving advertised text and image content for submission to the Court.

[2] Each exhibit includes a hyperlink to the video content preserved by Plaintiffs. Because video content cannot be reproduced in a manner that may be attached as an exhibit for submission to the Court, the Court will need to use the hyperlink to access Defendant's video advertisements referenced in the exhibits.

[3] Screen recording is the functional equivalent of "screenshotting" but pertains to video material preserved for submission to the Court, rather than still images.

4.    On July 17, 2025, I screenshotted an image on Kalshi's official Instagram account, @kalshi_official. The image contains a pie chart showing that Kalshi accounts for 7.5% of the US Derivatives Market Share. The post is dated February 28, 2025, on the Instagram page. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 3**.

5.    On July 17, 2025, I screen recorded a video on Kalshi's official Instagram account, @kalshi_official. A true and correct copy of the July 17, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 4**.

6.    On July 17, 2025, I screen recorded a video on Kalshi's official Instagram account, @kalshi_official. A true and correct copy of the July 17, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 5**.

7.    On July 17, 2025, I screenshotted comments from a post on Kalshi's sports Instagram account, @kalshisports, dated February 9, 2025. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 6**. One comment states, "This app is trying to legalize gambling in all 50 states for 18 year olds. Youth gambling epidemic incoming. Even worse not a single state will benefit financially." At the time I screenshotted this comment, it was made 15 weeks prior. Another commenter wrote, "Is this app legit?" At the time I screenshotted this comment, it was made 22 weeks prior.

8.    On July 17, 2025, I screenshotted a post on Kalshi's sports Instagram account, @kalshisports, that attaches clips from news articles. A true and correct

3

copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 7**.

9. On July 17, 2025, I screenshotted comments under a post from Kalshi's sports Instagram account, @kalshisports. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 8**. One comment states, "Will you be voiding the NJ bets. I'm hearing that California is drafting a cease and desist as well. Who next @indianabasketballclub? @govmurphy." At the time I screenshotted this comment, it was made 15 weeks prior as shown on Instagram. Another comment states, "Is NJ constitution something we should worry about. I like begging [sic] on youth basketball and think you guys should change the limit from 18 years old to 16." At the time I screenshotted that comment, it was made 15 weeks prior as shown on Instagram.

10. On July 17, 2025, I screenshotted comments made under a post on Kalshi's sports Instagram account, @kalshisports. A true and correct copy of these two July 17, 2025 screenshots are incorporated by this reference and attached hereto as **Exhibit 9** and **Exhibit 10**. One of the comments states "Congrats on the sponsorship but I wish it wasn't for gambling [grimacing face emjoi]" At the time I screenshotted this comment, it was made 15 weeks prior as shown on Instagram. I took another screenshot of comments under a post that states "Kalshi is dangerous. Sports betting should not be okay for under 21 let alone in all 50 states… ." At the time I screenshotted this comment, it was made 15 weeks prior.

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

11.    On July 17, 2025, I screenshotted comments made under a post on Kalshi's sports Instagram account, @kalshisports. A true and correct copy of this July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 11**. One comment states, "Are you still allowing 18 year olds to place money on these games??? I'm from NJ." At the time I took the screenshot of this comment, it was made 15 weeks prior as shown on Instagram. Another comment states, "In other words, if you bet $100 on each, you have 75% chance of winning at least $17 lol."

12.    On July 17, 2025, I screenshotted comments made under an Instagram post from Kalshi's sports Instagram account, @kalshisports. A true and correct copy of this July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 12**. Here, one comment states, "Putting the [house emoji] on Auburn." At the time I took the screenshot of this comment, it was made 15 weeks prior as shown on Instagram. Another comment states, "Shoulda bet no Florida preseason." At the time I took the screenshot of that comment, it was made 15 weeks prior.

13.    On July 17, 2025, I screenshotted comments made under the post mentioned in the preceding paragraph on Kalshi's sports Instagram account, @kalshisports. A true and correct copy of this July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 13**. One comment

5

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

displays an GIF[4] of dice rolling. At the time I took the screenshot of this comment, it was made 15 weeks prior.

14.    On July 17, 2025, I screenshotted comments made on a post on Kalshi's sports Instagram account, @kalshisports. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 14**. The post portrays a contract stating, "Is Bron planning on retiring to become LePresident?" One comment here states, "The fact that betting is taking over shows how little Americans want to think. The butlerian jihad will remember you people." At the time I took the screenshot of this specific comment, it was made 2 weeks prior.

15.    On July 17, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screenshotted a post that states, "Sports markets made legal." A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 15**. The author commented under the post "The Golden Age of Markets is here. Legal sports markets, accessible to Americans in all 50 states. Who are you taking this Sunday?" The post was made on January 23, 2025.

---

[4] A "GIF" is "a computer filed format for the compression and storage of visual digital information" and is also defined as "an image or video stored in this format." *GIF*, Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/GIF (last visited Sep. 1, 2025).

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

16.    On July 17, 2025, I accessed Kalshi's official Instagram account @kalshi_official and screenshotted a post showing a headline of an article from Front Office Sports that reads "Robinhood to Offer Super Bowl Betting via Kalshi." A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 16**. The post was made on February 3, 2025. The author commented under the post, "Prediction markets are now available to more than 25 million people… ."

17.    On July 17, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screen recorded a video from this account page. A true and correct copy of the July 17, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 17**.

18.    On July 17, 2025, I accessed TikTok and received an advertisement from Kalshi. I screenshotted the comments under the advertisement that states, "Replace 'trade' with 'bet'." A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 18**. At the time I took the screenshot of this comment, it was made 1 week prior as shown on TikTok. Another comment states, "This shouldn't be legal." At the time I took the screenshot of this comment, it was made 3 days prior as shown on TikTok. Another comment states, "Betting culture is crazzyyy." At the time I took the screenshot of this comment, it was made 4 days prior. Another comment reads, "'Traded'." Another

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

comment states, "Didn't Enron do the exact same thing?" At the time I took the screenshot of this comment, it was made 3 days prior as shown on TikTok.

19.    On July 17, 2025, I screenshotted more comments under the advertisement described in Paragraph 18. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 19**. One comment states, "You mean wager a bet?" This comment was made on July 9, 2025. Another comment here states, "Enron did it first." At the time I took the screenshot of this comment, it was made 5 days prior. Another comment, posted on July 9, 2025, reads, "Are we fr [sic] betting on the weather now [face palm emoji]."

20.    On July 17, 2025, I screenshotted more comments made under the advertisement described in Paragraph 18. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 20**. Specifically, I screenshotted a comment, made on July 7, 2025, stating "I bet not traded." Another comment reads "'Traded' [broken heart emoji]." At the time I took the screenshot of this comment, it was made 1 day prior as shown on TikTok. Another comment reads, "Enron is back baby!" At the time I took the screenshot of this comment, it was made 2 days prior as shown on TikTok. Another comment at the bottom of the screen reads, "Betting on weather is insane [face with tears of joy emoji][face with tears of joy emoji][face with tears of joy emoji]."

21.    On July 17, 2025, I screenshotted more comments made under the advertisement described in Paragraph 18. A true and correct copy of the July 17,

8

2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 21**. Specifically, I screenshotted one comment made on July 5, 2025, that reads, "Addiction type beat." Another comment, made on July 8, 2025, reads, "I 'traded' it all on black and now im [sic] by the wendy's dumpster if anyone wants service for $5." Another comment made on July 8, 2025, reads, "Predatory marketing." Another comment here reads, "Calling it a 'trading app' is crazy." At the time I took the screenshot of this comment, it was made 1 week prior as shown on TikTok. Another comment at the bottom of the screen reads "It's time to get some help if you genuinely betting on the weather."

22.    On July 17, 2025, I screenshotted more comments made under the advertisement described in Paragraph 18. A true and correct copy of the July 17, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 22**. Specifically, I screenshotted one comment that reads, "This is literal dystopia. Please don't do this." At the time I took the screenshot of this comment, it was made 1 week prior as shown on TikTok. Another comment reads, "1-800-GAMBLER." At the time I took the screenshot of this comment, it was made 1 week prior as shown on TikTok. Another comment made on July 9, 2025, reads, "over/under on weather is bonkers." Additionally, another comment, made on July 8, 2025, reads, "If you're betting on weather call the hotline bro." Another comment, made on July 8, 2025, also reads, "1-800-GAMBLER."

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

23.    On July 18, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screenshotted a video made on Instagram Threads on February 27, 2025. Above the video, Kalshi posted, "What are you trading on ahead of the Oscars? Kalshi has odds on all the outcomes [camera emoji][clapper board emoji][popcorn emoji]." A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 23**.

24.    On July 18, 2025, I accessed Tarek Mansour's official X account, @mansourtarek_, and screen recorded a video. A true and correct copy of the July 18, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 24**.

25.    On July 18, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screenshotted a video of a post that Kalshi made on Instagram Threads on July 11, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 25**.

26.    On July 18, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screenshotted a post made on Instagram Threads. At the time I screenshotted this Instagram Thread post, it was made 6 days prior as shown on Instagram. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 26**.

27.    On July 18, 2025, I accessed Kalshi's official Instagram account, @kalshi_official, and screen recorded a video from a post made on Instagram

10

Threads. A true and correct copy of the July 18, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 27**.

28.    On July 18, 2025, I accessed Kalshi's sports account, @kalshisports, and screenshotted a post made on Instagram Threads on February 20, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 28**.

29.    On July 18, 2025, I accessed Kalshi's sports account, @kalshisports, and screenshotted a post made on Instagram Threads on March 6, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 29**.

30.    On July 18, 2025, I accessed Kalshi's sports account, @kalshisports, and I screenshotted a post made on Instagram Threads on March 6, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 30**.

31.    On July 18, 2025, I accessed Kalshi's sports account, @kalshisports, and screenshotted a post made on Instagram Threads on March 20, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 31**.

32.    On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post that Kalshi made on April 3, 2025. A true and correct copy of

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 32**.

33.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post Kalshi made on October 23, 2024. @Kalshi commented above on a video, "Theo Von and JD Vance discuss the accuracy of betting markets over polls. Americans are waking up to the power of prediction markets. More truth." The tagged video is of a discussion between Theo Von and JD Vance. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 33**.

34.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post Kalshi made on October 27, 2024. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 34**. On the post, @Kalshi commented, "Live bets on the election while Trump speaks at MSG." There is an attached video to the post. At the time that I screenshotted the post, it had 1.3 million views.

35.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post Kalshi made on October 30, 2024. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 35**. On the post, @Kalshi commented, "OpenAI, Meta, Google, TikTok, & Kalshi [rocket ship emoji]. #1 global app soon [chart increasing emoji]." Kalshi's repeated statement, in the same-sized font and on the same line describing its app,

reads, "Kalshi: Bet the 2024 Election." Below this statement name, the post reads, "Trump v Harris: 270 to Win." This post had "15K" views as shown on X when I screenshotted it.

36.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post Kalshi made on January 23, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 36**. On the post, @Kalshi reposted a post from Tarek Mansour's official X account, @mansourtarek_. Above Tarek Mansour's post, @Kalshi comments, "Sports trading is live on Kalshi! Available in all 50 States: No house - trade directly with other users in an open market. Live trading during the game with no locked lines - cash out anytime. No bans or restrictions for winners. The Golden Age of markets is here." Tarek Mansour's attached post reads, "America is entering a new era. The people have spoken: they want more. Today, on the heels of our explosive growth, Kalshi takes its next big step: Sports. Legal sports markets, accessible to Americans in all 50 states. We are just getting started [American flag emoji]"

37.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post Kalshi made on February 9, 2025. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 37**. At the time that I screenshotted this post, it had 1.1 million views.

38.     On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post that Kalshi made on March 17, 2025. A true and correct copy

of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 38**.

39.    On July 18, 2025, I accessed Kalshi's official X account, @Kalshi, and screenshotted a post that Kalshi made on March 20, 2025. A true and correct copy of the July 18, 2025 screenshots are incorporated by this reference and attached hereto as **Exhibit 39** and **Exhibit 40**.

40.    On July 18, 2025, I accessed TikTok and received an advertisement from Kalshi on my "For You Page." I screenshotted a few comments under the advertisement. A true and correct copy of the July 18, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 41**. One comment reads, "This is gambling [loudly crying face emoji][hand displaying a peace sign emoji]" That comment was made on July 8, 2025. Another comment reads, "Trading." This comment was made on July 2, 2025.

41.    On July 18, 2025, I accessed TikTok and received an advertisement from Kalshi. I took multiple screenshots of comments under the advertisement. A true and correct copy of the July 18, 2025 screenshots are incorporated by this reference and attached hereto as **Exhibit 42**, **Exhibit 43**, and **Exhibit 44**. One comment reads, "'Trade' ima [sic] buy $15 that it's sunny tomorrow. Yea that's a trade alright [grimacing face emjoi][face with tears of joy emoji]" That comment was made on July 10, 2025. Another comment reads, "This shouldn't be legal." At the time I took the screenshot of this comment, it was made 4 days prior as shown

on TikTok. Another comment reads, "Didn't Enron do the exact same thing?" At the time I took the screenshot of this comment, it was made 4 days prior as shown on TikTok. Another comment made on July 9, 2025, reads, "You mean wager a bet?" Another comment made on July 10, 2025, reads, "As a meteorologist would this be insider trading? [face with tears of joy emoji][face with tears of joy emoji][face with tears of joy emoji]." Another comment reads, "I'm betting on Cupertino weather [prayer hands emoji]." At the time I took the screenshot of this comment, it was made 6 days prior as shown on TikTok.

42.    On July 19, 2025, I accessed TikTok and received a sponsored advertisement video from Kalshi on my "For You Page." I screen recorded the video in which two people are discussing Kalshi's legality. A true and correct copy of the July 19, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 45**.

43.    On July 21, 2025, I accessed Instagram reels from Kalshi's official Instagram account, @kalshi_official, and screen recorded a video in which an interviewer asks a man questions. A true and correct copy of the July 21, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 46**.

44.    On July 21, 2025, I went to Kalshi's TikTok page, @Kalshi_markets, and screen recorded the same video as referenced in Paragraph 3. A true and correct copy of the July 21, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 47**. The post, made on June 11, 2025, contains text over

15

the video that reads, "I can't believe network TV let us run this commercial during the championship game [face with tears of joy emoji]." Kalshi commented under the video, "The world's gone mad."

45.    On July 21, 2025, I accessed TikTok, received a video on my "For You Page" from @Kalshi_markets, and screen recorded the video. A true and correct copy of the July 21, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 48**. I also took screenshots within the video where Kalshi called its event contracts "Live Bets" as seen in their advertisements. A true and correct copy of the July 21, 2025 screenshots are incorporated by this reference and attached hereto as **Exhibits 49-60**.

46.    On July 22, 2025, I accessed TikTok and received a sponsored advertisement on my "For You Page" from Kalshi. I took screenshots of the comments on the video. A true and correct copy of the July 22, 2025 screenshots are incorporated by this reference and attached hereto as **Exhibit 61** and **Exhibit 62**. One of the comments reads, "Just call the helpline… ." At the time I took the screenshot that comment was made 1 day prior as shown on TikTok. Another comment reads, "Gam ba linggg [check mark emoji]." At the time I took a screenshot of this comment, it was made 4 days prior as shown on TikTok. Another comment reads, "it's not trading." At the time I took the screenshot of that comment, it was made 4 days prior as shown on TikTok.

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

47. On July 22, 2025, I accessed TikTok and received a sponsored advertisement on my "For You Page" from Kalshi. I then screen recorded the video. A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 63**.

48. On July 22, 2025, I accessed TikTok and received a sponsored advertisement on my "For You Page" from Kalshi. I then screen recorded the video. A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 64**.

49. On July 22, 2025, I accessed TikTok and received a sponsored advertisement on my "For You Page" from Kalshi. I then screen recorded the video. A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 65**.

50. On July 22, 2025, I accessed TikTok and recorded a video from Kalshi's official account on my "For You Page." I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 66**.

51. On July 22, 2025, I accessed TikTok and screen recorded a video on my "For You Page" from Kalshi's official account. I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the

17

video as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 67**.

52.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 68**.

53.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page."  I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 69**.

54.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 70**.

55.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. A true and correct copy of the July 22, 2025 screenshot is incorporated by this reference and attached hereto as **Exhibit 71**.

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

56.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." This was a video I previously stored in hyperlink format. I accessed the video again to preserve it as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 72**.

57.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." This was a video I previously stored in hyperlink format. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 73**.

58.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 74**.

59.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 75**.

60.    On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." A true and correct copy of the July

19

22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 76**.

61. On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." This was a video that I previously stored in hyperlink format. I accessed the video again at this time to preserve it as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 77**.

62. On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." This was a video I previously stored in hyperlink format. I accessed the video again at this time to preserve it as a screen recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 78**.

63. On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." I previously stored this video in a hyperlink format. However, I accessed the video again at this time to preserve the video as a screen recording. . A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 79**.

64. On July 22, 2025, I accessed TikTok and screen recorded a video from Kalshi's official account on my "For You Page." This was a video I previously stored in hyperlink format. I accessed the video again at this time to preserve it as a screen

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

recording. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 80**.

65. On July 22, 2025, I accessed TikTok and received a sponsored advertisement from Kalshi's official account on my "For You Page." I then screen recorded the video. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 81**.

66. On July 22, 2025, I accessed TikTok and received a sponsored advertisement from Kalshi's official account on my "For You Page." I then screen recorded the video. A true and correct copy of the July 22, 2025 screen recording is incorporated by this reference and attached hereto as **Exhibit 82**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 2, 2025.            */s/ Skyler Kretz*
                                    SKYLER KRETZ, Declarant

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]

## CERTIFICATE OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system on September 4, 2025, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on September 4, 2025, at Ukiah, California.

*/s/ Anita Salmeron*
ANITA SALMERON

KRETZ DECLARATION IN SUPPORT
[Case No. 25-cv-06162-JSC]