# EXHIBIT 1

Exhibit 1



https://drive.google.com/file/d/1Uo0qCMWVjSIHSHIsr-vXpEwCVdBFja07/view