# EXHIBIT 2

Exhibit 2



https://drive.google.com/file/d/1x-vUNfouEF9_GOx0J8ltENvAUSnjShn4/view