# EXHIBIT 3

Exhibit 3



https://drive.google.com/file/d/1j8KVCxRlx0qLbT1DyGHQuoFca711E6Wu/view