# EXHIBIT 4

Exhibit 4



https://drive.google.com/file/d/1JH4KqyihPlT5twXVAvdUxhUo7TjkVhXs/view