# EXHIBIT 5

Exhibit 5



https://drive.google.com/file/d/1Fr7rs63Bb1rdEuUCcr9we3W06BETGSLv/view