# EXHIBIT 6

Exhibit 6



https://drive.google.com/file/d/1mZ2Eoin4mRqyy-8FytLXWfuREOjyuH8v/view