# EXHIBIT 7

Exhibit 7



https://drive.google.com/file/d/1Au0qkRUf3ur4iZJIwdyiC0OKuWUuHGfE/view