# EXHIBIT 8

Exhibit 8



https://drive.google.com/file/d/1Dr3Bw0QvmyjlF8LUjZWghK1dkAj42Vvv/view