# EXHIBIT 9

Exhibit 9



https://drive.google.com/file/d/1Hre8vHPL5AM9FCDl85XSPrGWUMWnxzYp/view