# EXHIBIT 10

Exhibit 10



https://drive.google.com/file/d/1mVSi4FrGp-ECHSD0MMcvr4fQiR1bmyoh/view