# EXHIBIT 11

Exhibit 11



https://drive.google.com/file/d/1SawP70uJTAa3ze3DiW-ik791cQzrJ6H6/view