# EXHIBIT 12

Exhibit 12



https://drive.google.com/file/d/1Gn4nIS-u-tFrrr-wW207Qcd3bYRAWEnz/view