# EXHIBIT 13

Exhibit 13



https://drive.google.com/file/d/1Y1MiFQQq5SKHA9Kdzq9nv1ed7ovLiam9/view