# EXHIBIT 14

Exhibit 14



https://drive.google.com/file/d/1bSwyYEN4z16Cn9-8wQnJR-GQiAbIV2rh/view