# EXHIBIT 15

Exhibit 15



https://drive.google.com/file/d/1yrwzWiekRxxA72eX8Sm__R26PM25Nt7M/view