# EXHIBIT 16

Exhibit 16



https://drive.google.com/file/d/1P-ToANJp345iETxnfYGNR8iYS8HCeOMk/view