# EXHIBIT 17

Exhibit 17



https://drive.google.com/file/d/1zJflaEIqn-k7RpoAtyI9B5abwnGxj9qZ/view