# EXHIBIT 18

Exhibit 18



https://drive.google.com/file/d/12jeIDjtIyQ06i0E821BWEhDfw-FQc-mc/view