# EXHIBIT 19

Exhibit 19



https://drive.google.com/file/d/1WDWFVvX0HoGc8tFz8obAV8sTGkjllDcd/view