# EXHIBIT 20

Exhibit 20



https://drive.google.com/file/d/1swmrihxrwTqDR5tLI4lpsYvhuid4ZvpC/view