# EXHIBIT 21

Exhibit 21



https://drive.google.com/file/d/1rQ4v2sX4XXJ8A5wEdBbJtBlbQqVYLPwU/view