# EXHIBIT 22

Exhibit 22



https://drive.google.com/file/d/1Ilr_DcPaDIrnkEZlJbTlEUYLBEOCpPhN/view