# EXHIBIT 23

Exhibit 23



https://drive.google.com/file/d/10zJ2o8TTC3i9mWqipXSu8MEGfu4Jjkuk/view