# EXHIBIT 24

Exhibit 24



https://drive.google.com/file/d/1ii7AIrTCdNsoyEZSHZBfxqQQjDX_cg7a/view