# EXHIBIT 25

Exhibit 25



https://drive.google.com/file/d/1bG8tUogUIJqWkO3Eg2sSm_eVbFhV-3KT/view