# EXHIBIT 26

Exhibit 26



https://drive.google.com/file/d/1BKzMQA3zE7syZUPlsMXPZkZWfJL7ETyh/view