# EXHIBIT 27

Exhibit 27



https://drive.google.com/file/d/1iomqaUp0e79jjGSFWxW7abc0ek4wukbY/view