# EXHIBIT 28

Exhibit 28



https://drive.google.com/file/d/1veAGJJ0pVxsf0G9KTnm5WWU98kkv_evk/view