# EXHIBIT 29

Exhibit 29



https://drive.google.com/file/d/15itctBOq78Qg4jAHEqUgFnSXr-qCvXsQ/view