# EXHIBIT 30

Exhibit 30



https://drive.google.com/file/d/1vI4uBVMI6tqQCZQ6qzGKXdKrVwj-19x5/view