# EXHIBIT 31

Exhibit 31



https://drive.google.com/file/d/1m9WZjU0iqV8mWaVH6Ry-aZPU7iiNj_7I/view