# EXHIBIT 32

Exhibit 32



https://drive.google.com/file/d/1wsi_g9qCsZ9LH_EfqTeD4urXvOMUkSfY/view