# EXHIBIT 33

Exhibit 33



https://drive.google.com/file/d/1snIcgiel2sH1SZgeyKkSx5f4HsQQ__Nn/view