# EXHIBIT 34

Exhibit 34



https://drive.google.com/file/d/1eFMb3XPAm_X5sEWsRlut5jK-0WdYhAKN/view