# EXHIBIT 35

Exhibit 35



https://drive.google.com/file/d/10B0UdX-NJIovCbQVWroOCAjuxaiKneLK/view