# EXHIBIT 36

Exhibit 36



https://drive.google.com/file/d/14IgdtbAw5ci7kAAoZYE33pg_M3pATefz/view