# EXHIBIT 37

Exhibit 37



https://drive.google.com/file/d/1XKu3O5JfGqQZPFNSevNJI6VBMjNP2Dqy/view