# EXHIBIT 38

Exhibit 38



https://drive.google.com/file/d/1wovOnwnBvqiCuvSB--9BdAdm8c0B6I1c/view