# EXHIBIT 39

Exhibit 39



https://drive.google.com/file/d/1QzLre6HhBOKLu3vtawurxsVnXmjA7nm_/view