# EXHIBIT 40

Exhibit 40



https://drive.google.com/file/d/1RKLfvt833lE-_o5Q7U9HQ1wOTrviFi1M/view