# EXHIBIT 41

Exhibit 41



https://drive.google.com/file/d/14JIHpfASkYavpxqYNApdJwf4Z3Yll5qN/view