# EXHIBIT 42

Exhibit 42



https://drive.google.com/file/d/1xY_zwJBNTkgOdVINlyAu-wBTLOW8ys5e/view