# EXHIBIT 43

Exhibit 43



https://drive.google.com/file/d/1pjDqeJAjNe7hLmvXprJXCp_htldmfrf1/view