# EXHIBIT 44

Exhibit 44



https://drive.google.com/file/d/12FaKfUgCtZukbrZmrUIaM8xbIAQfLNz1/view