# EXHIBIT 45

Exhibit 45



https://drive.google.com/file/d/1eXgMfm6zQImZwbbbnK7ABZcTcC42KixK/view