# EXHIBIT 46

Exhibit 46



https://drive.google.com/file/d/1nIItSkS99jF7nFkQz7g4LjQKvSihIt_E/view