# EXHIBIT 47

Exhibit 47



https://drive.google.com/file/d/1SvcZVWs52T3n4WGUjoz2sOXw4V2es2oL/view