# EXHIBIT 48

Exhibit 48



https://drive.google.com/file/d/1kPaZKn6p4gLNBL-ehxfncOmX5WacOGcb/view