# EXHIBIT 49

Exhibit 49



https://drive.google.com/file/d/1YFVwOq2JGcVgEdyCl5oI-EG5Z2sMbZdt/view