# EXHIBIT 50

Exhibit 50



https://drive.google.com/file/d/1cd2D0nuAKuPNCHRRUHIsRNpOoR-6PJaX/view