# EXHIBIT 51

Exhibit 51



https://drive.google.com/file/d/1FmO5pW2Um8uxw85jvdAdBCbxPgYVfab7/view