# EXHIBIT 52

Exhibit 52



https://drive.google.com/file/d/1l97R0FIzoNWRJpEf4soEASOE9EfFHtgV/view