# EXHIBIT 53

Exhibit 53



https://drive.google.com/file/d/1keZN3DCCkqjsSXIpoT7YlAOxy9UGbdgy/view