# EXHIBIT 54

Exhibit 54



https://drive.google.com/file/d/1YiQDS552yfFQOdEJS-gHGrwfUEkAAZyt/view