# EXHIBIT 55

Exhibit 55



https://drive.google.com/file/d/1bMcIqh1NtTwfsSvXmILIypzEQtyvwP-I/view