# EXHIBIT 56

Exhibit 56



https://drive.google.com/file/d/1idQXDlacDRb_MP5MjPrHJVrd9gAgGLWZ/view