# EXHIBIT 57

Exhibit 57



https://drive.google.com/file/d/1igdmUEJFd0ZdOWKThKSbLqXEi8eE17DV/view