# EXHIBIT 58

Exhibit 58



https://drive.google.com/file/d/12yPpJV3Y4fNbXQW2_DrhuoKRdjkpGLWU/view