# EXHIBIT 59

Exhibit 59



https://drive.google.com/file/d/1jX5jjtqufKoVA7xd6ZhhpaIB5Pak9sez/view