# EXHIBIT 60

Exhibit 60



https://drive.google.com/file/d/1A1_bGoMEpa0mgLGj679wTHOZ5l0PEjKw/view