# EXHIBIT 61

Exhibit 61



https://drive.google.com/file/d/1gHWxkOZmJmBbysUquNKzFKIgGcaQQVH-/view