# EXHIBIT 62

Exhibit 62



https://drive.google.com/file/d/1pjne-fULxpieSWJy3Yau0Lv332FRpu5k/view