# EXHIBIT 63

Exhibit 63



https://drive.google.com/file/d/1imgAm7ylY9mtW0XlL1K3G9H6aZe-RQHP/view