# EXHIBIT 64

Exhibit 64



https://drive.google.com/file/d/1hIFz27F4sGrnOSgCsjEiQw41qJasq2g3/view