# EXHIBIT 65

Exhibit 65



https://drive.google.com/file/d/1PJwLsBUuQj8XRYm48JpT_Infc_FeBi2W/view