# EXHIBIT 66

Exhibit 66



https://drive.google.com/file/d/1eL36sKqdyKIhiefnj8zK_qDZUihOWJWr/view