# EXHIBIT 67

Exhibit 67



https://drive.google.com/file/d/1bQfWqLFfYCOhVsCBQquFIqOkWy84VLh2/view