# EXHIBIT 68

Exhibit 68



https://drive.google.com/file/d/1qhNDsb4z6tmm0O_g75YXdREJXK4n1QBq/view