# EXHIBIT 69

Exhibit 69



https://drive.google.com/file/d/1jr-ntu1jX2NM9T_wDvTQfa8_oFKXkC4v/view