# EXHIBIT 70

Exhibit 70



https://drive.google.com/file/d/1t-d43BP313nuodDzfwu9zZVUPYial6Nn/view