# EXHIBIT 71

Exhibit 71



https://drive.google.com/file/d/1VjrRX7tl1rD5Ga5D_6QhgouSrs9vXeHz/view