# EXHIBIT 72

Exhibit 72



https://drive.google.com/file/d/1NxrL0675Vybxprbe1tSU5eelcuYhlBSE/view