# EXHIBIT 73

Exhibit 73



https://drive.google.com/file/d/1GnzgsuNWvrbkFHXn9SfcAaxOe2jInelC/view