# EXHIBIT 74

Exhibit 74



https://drive.google.com/file/d/15PfN0QxNB5uf2ZPA6qhOndJcVtCPtGCi/view