# EXHIBIT 75

Exhibit 75



https://drive.google.com/file/d/1tBrhLR3uJAsGdJXHWL20YdOf7QcEklYb/view