# EXHIBIT 76

Exhibit 76



https://drive.google.com/file/d/1mOLuiDw12QbGEwwodv6mbjt6oOXXaLCK/view