# EXHIBIT 77

Exhibit 77



https://drive.google.com/file/d/1xtm4iuVMLeZ6zIOYpSnW0ZX7Tlxg50lV/view