# EXHIBIT 78

Exhibit 78



https://drive.google.com/file/d/1xInqwn0QqgT2_7LKhcM6KeDL55m_BJnL/view