# EXHIBIT 79

Exhibit 79



https://drive.google.com/file/d/1JgjGehQga4LOUS3UuBup0HHZEwRnbq5M/view