# EXHIBIT 80

Exhibit 80



https://drive.google.com/file/d/19WDe7MvC3zkZyLcFm61efNdJ-EcqqJax/view