# EXHIBIT 81

Exhibit 81



https://drive.google.com/file/d/1oB9hQd5U_EK9QHCJuAmxU8quPC8xVoY7/view