# EXHIBIT 82

Exhibit 82



https://drive.google.com/file/d/1DV1FF4tjfKil0DNmIxdSjCMLTS3qWTup/view