Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants KALSHI INC.
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-06162<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION AND PROPOSED ORDER THEREON**<br><br>Date: October 23, 2025<br>Time: 10:00am<br>Courtroom.: 8<br>Judge: Jacqueline Scott Corley |

JOINT STIPULATION MODIFYING BRIEFING
SCHEDULE AND PROPOSED ORDER THEREON
- Case No. 3:25-cv-06162

1    Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and
2 Picayune Rancheria of the Chukchansi Indians (collectively, "Tribes") and Defendants Kalshi Inc.
3 and KalshiEX LLC (collectively, "Kalshi"; together with Plaintiffs, "the Parties") stipulate as
4 follows:

5    1. On September 4, 2025, the Tribes filed a Motion for Preliminary Injunction in this
6 action (Dkt. 35) (the "Motion"). A hearing on the Motion was originally set on October 9, 2025,
7 with any opposition by Kalshi due on September 18, 2025, and any reply by Tribes due on
8 September 25, 2025.  On September 10, 2025, due to the Court's unavailability, the hearing on the
9 Motion was continued by the Court to October 23, 2025 (Dkt. 37).

10    2. In light of the Court's continuance of the hearing on the motion, the parties now desire
11 to modify the briefing schedule and agree that Kashi shall file its brief in opposition to the Motion
12 on or before October 2, 2025, and the Tribes shall file any brief in reply to Kalshi's opposition
13 brief on or before October 16, 2025.

14    3. The parties request that the Court issue an order approving this stipulation and the
15 parties proposed revised briefing schedule.

16 Dated:  September 11, 2025        THE LAW OFFICES OF RAPPORT AND MARSTON

18                    By:  /s/ Lester J. Marston
                         Lester J. Marston

20                    Attorneys for Plaintiffs BLUE LAKE RANCHERIA,
                      CHICKEN RANCH RANCHERIA OF ME-WUK
                      INDIANS, and PICAYUNE RANCHERIA OF THE
21                    CHUKCHANSI INDIANS

22 Dated:  September 11, 2025        FARELLA BRAUN + MARTEL LLP

24                    By:  /s/ Christopher C. Wheeler
                         Christopher C. Wheeler

26                    Attorneys for Defendants KALSHI INC. and
                      KALSHIEX LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION MODIFYING BRIEFING
SCHEDULE AND PROPOSED ORDER THEREON
- Case No. 3:25-cv-06162

2

**CM/ECF ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

Dated:  September 11, 2025          FARELLA BRAUN + MARTEL LLP

By:  */s/ Christopher C. Wheeler*
        Christopher C. Wheeler

Attorneys for Defendants KALSHI INC. and KALSHIEX LLC

## ORDER

Having read the foregoing stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the foregoing stipulation of the parties is hereby approved. Defendants shall file their briefs in opposition to plaintiffs' motion for a preliminary injunction on or before October 2, 2025, and Plaintiffs shall file their brief in reply to Defendants' opposition briefs on or before October 16, 2025.

Dated: September__, 2025

_____
The Honorable Jacqueline Scott Corley
United States District Court Judge