Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants KALSHI INC.
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-06162<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION AND PROPOSED ORDER THEREON**<br><br>Date: October 23, 2025<br>Time: 10:00am<br>Courtroom.: 8<br>Judge: Jacqueline Scott Corley |

JOINT STIPULATION MODIFYING BRIEFING
SCHEDULE AND PROPOSED ORDER THEREON
- Case No. 3:25-cv-06162

Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians (collectively, "Tribes") and Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"; together with Plaintiffs, "the Parties") stipulate as follows:

1. On September 4, 2025, the Tribes filed a Motion for Preliminary Injunction in this action (Dkt. 35) (the "Motion"). A hearing on the Motion was originally set on October 9, 2025, with any opposition by Kalshi due on September 18, 2025, and any reply by Tribes due on September 25, 2025. On September 10, 2025, due to the Court's unavailability, the hearing on the Motion was continued by the Court to October 23, 2025 (Dkt. 37).

2. In light of the Court's continuance of the hearing on the motion, the parties now desire to modify the briefing schedule and agree that Kashi shall file its brief in opposition to the Motion on or before October 2, 2025, and the Tribes shall file any brief in reply to Kalshi's opposition brief on or before October 16, 2025.

3. The parties request that the Court issue an order approving this stipulation and the parties proposed revised briefing schedule.

Dated: September 11, 2025    THE LAW OFFICES OF RAPPORT AND MARSTON

By: /s/ Lester J. Marston
    Lester J. Marston

Attorneys for Plaintiffs BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS

Dated: September 11, 2025    FARELLA BRAUN + MARTEL LLP

By: /s/ Christopher C. Wheeler
    Christopher C. Wheeler

Attorneys for Defendants KALSHI INC. and KALSHIEX LLC

**CM/ECF ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

Dated: September 11, 2025            FARELLA BRAUN + MARTEL LLP

By:  */s/ Christopher C. Wheeler*
     Christopher C. Wheeler

Attorneys for Defendants KALSHI INC. and KALSHIEX LLC

# ORDER

Having read the foregoing stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the foregoing stipulation of the parties is hereby approved. Defendants shall file their briefs in opposition to plaintiffs' motion for a preliminary injunction on or before October 2, 2025, and Plaintiffs shall file their brief in reply to Defendants' opposition briefs on or before October 16, 2025.

Dated: September 15, 2025

The Honorable Jacqueline Scott Corley
United States District Court Judge

JOINT STIPULATION MODIFYING BRIEFING SCHEDULE AND PROPOSED ORDER THEREON - Case No. 3:25-cv-06162        3

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400