UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KALSHI INC., et al.,<br><br>Defendants. | Case No. 25-cv-06162-JSC<br><br>**ORDER RE: PRELIMINARY INJUNCTION BRIEFING** |

By Order filed September 15, 2025, the Court granted the parties' stipulation and ordered Defendants' preliminary injunction opposition filed by October 2, 2025 and Plaintiffs' reply by October 16, 2025. (Dkt. No. 40-1.) The Clerk's docket entry resetting deadlines erroneously stated the opposition was due September 25 and reply due October 1, 2025. Rather than bring the discrepancy to the Court's attention, Defendants filed their opposition by September 25.

Defendants may, but are not required, to file a corrected opposition by the Court-ordered October 2, 2025 deadline. Plaintiffs' reply deadline remains as ordered: October 16, 2025.

**IT IS SO ORDERED.**

Dated: September 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge