Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
Milbank LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
GMainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
Milbank LLP
55 Hudson Yards,
New York, NY 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

Attorneys for Defendants KALSHI INC.
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>    Defendants. | Case No. 3:25-cv-06162-JSC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING BRIEFING SCHEDULE AND PAGE LIMITS IN CONNECTION WITH MOTIONS TO DISMISS** |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT ADMIN MTN RE BRIEFING SCHEDULE
PAGE LIMITS / Case No. 3:25-cv-06162-JSC

Pursuant to Rule 7-11 of the Local Rules for the United States District Court for the Northern District of California, Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians (collectively, "Tribes"), Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"), and Defendants Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Robinhood"; together with the Tribes and Kalshi, "the Parties") jointly move to modify the briefing schedule and page limits applicable to the forthcoming motions to dismiss.

On August 25, 2025, the Court entered the Parties' first stipulated briefing schedule for any motions to dismiss. Dkt. 34. Pursuant to that order, Kalshi's and Robinhood's motions to dismiss are due on or before October 21, 2025, the Tribes' opposition briefs are due on or before December 22, 2025, and Defendants' reply briefs are due on or before February 5, 2026.

Separately, on September 4, 2025, the Tribes filed a motion for preliminary injunction, Dkt. 35, and the Court scheduled a hearing for that motion on October 23, 2025—two days after the current filing deadline for Defendant's motions to dismiss. Dkt. 37. In light of the Tribes' motion for preliminary injunction and the related hearing, the Parties agree to modify the briefing schedule for the forthcoming motions to dismiss and agree that Defendants shall file their motions to dismiss by October 31, 2025, the Tribes shall file their opposition brief by January 9, 2026, and Defendants shall file their reply briefs by February 23, 2026.[1]

In addition, Kalshi and the Tribes jointly request that the Court grant them leave to exceed the page limits specified in Local Rule 7-4(b) for Kalshi's motion to dismiss and the Tribes' opposition. The Tribes' Complaint brings five claims against Kalshi, two of which are also asserted against Robinhood. The five claims allege violations of the Indian Gaming Regulatory Act ("IGRA"), tribal ordinances, the Racketeering Influenced and Corrupt Organizations Act

_____

[1] In light of the September 10, 2025 notice vacating the October 22, 2025 initial case management conference (Dkt. No. 38), the parties understand there is currently no deadline for the exchange of initial disclosures, and that a case management conference statement is not due until a date for the initial case management conference is set.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT ADMIN MTN RE BRIEFING SCHEDULE
AND PAGE LIMITS - Case No. 3:25-cv-06162-JSC

2

(alleging three different predicate acts), tribal sovereignty, and the Lanham Act.  Kalshi's motion to dismiss will cover all five of these claims, and will address, among other things, tribal jurisdiction, the interplay between three federal statutes (IGRA, the Commodity Exchange Act, and the Unlawful Internet Gambling Enforcement Act), as well as the interplay between federal law and tribal ordinances.  Given the complexity of these issues, the combination of Kalshi's factual analysis and legal argument will cause its motion to dismiss papers to exceed the page limits set forth in Civil Local Rule 7-4(b).  Further, the Tribes wish to submit one omnibus brief in opposition to Kalshi's and Robinhood's forthcoming motions to dismiss.

Therefore, the Parties also agree that the applicable page limits should be modified so that Kalshi's opening brief in support of its motion to dismiss may be up to 30 pages, the Tribes' omnibus opposition brief to Kalshi and Robinhood's motions to dismiss may be up to 55 pages, and Kalshi's reply brief may be up to 20 pages.

On the basis of the foregoing showing of good cause, the Parties respectfully request that the Court modify the briefing schedule, and grant the Parties' request for leave to exceed the page limits as set forth above and in the attached Joint Stipulation and [Proposed] Order.

Dated: October 15, 2025          THE LAW OFFICES OF RAPPORT AND MARSTON

By:  /s/ Lester J. Marston
     Lester J. Marston

*Attorneys for Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians*

Dated: October 15, 2025          FARELLA BRAUN + MARTEL LLP

By:  /s/ Christopher C. Wheeler
     Christopher C. Wheeler

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT ADMIN MTN RE BRIEFING SCHEDULE
AND PAGE LIMITS - Case No. 3:25-cv-06162-JSC          3

Dated: October 15, 2025                  CONRAD | METLITSKY | KANE LLP

By: /s/ Mark R. Conrad
    Mark R. Conrad

*Attorneys for Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

## CM/ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

Dated: October 15, 2025                  FARELLA BRAUN + MARTEL LLP

By: /s/ Christopher C. Wheeler
    Christopher C. Wheeler

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

47225\20679312.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT ADMIN MTN RE BRIEFING SCHEDULE
AND PAGE LIMITS - Case No. 3:25-cv-06162-JSC          4

Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants KALSHI INC.,
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>        Defendants. | Case No. 3:25-cv-06162-JSC<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS AND [~~PROPOSED~~] ORDER** |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIP MODIFYING BRIEFING SCHEDULE
AND PAGE LIMITS - CASE NO. 3:25-CV-06162-
JSC

Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians (collectively, "Tribes"), Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"), and Defendants Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Robinhood"; together with the Tribes, "the Parties") stipulate as follows:

1.    On August 25, 2025, the Court entered the Parties' stipulated briefing schedule for any motions to dismiss. Dkt. 34. Pursuant to that order, Defendants' motions to dismiss are due on or before October 21, 2025, the Tribes' opposition briefs are due on or before December 22, 2025, and Defendants' reply briefs are due on or before February 5, 2026.

2.    On September 4, 2025, the Tribes filed a motion for preliminary injunction. Dkt. 35. The Court scheduled a hearing on the motion for preliminary injunction on October 23, 2025. Dkt. 37.

3.    In light of the Tribes' motion for preliminary injunction and the related hearing, the Parties agree to modify the briefing schedule for the forthcoming motions to dismiss and agree that Defendants shall file their motions to dismiss by October 31, 2025, the Tribes shall file their opposition brief by January 9, 2026, and Defendants shall file their reply briefs by February 23, 2026.

4.    The Parties also agree that, in light of the five claims asserted against Kalshi alleging violations of the Indian Gaming Regulatory Act ("IGRA"), tribal ordinances, the Racketeering Influenced and Corrupt Organizations Act (alleging three different predicate acts), tribal sovereignty, and the Lanham Act, and Kalshi's forthcoming motion to dismiss, which will address, among other things, tribal jurisdiction, the interplay between three federal statutes (IGRA, the Commodity Exchange Act, and the Unlawful Internet Gambling Enforcement Act), as well as the interplay between federal law and tribal ordinances, and because the Tribes wish to submit one omnibus brief in opposition to Kalshi's and Robinhood's forthcoming motions to dismiss, the applicable page limits should be modified so that Kalshi's opening brief in support of its motion to dismiss may be up to 30 pages, the Tribes' opposition brief to Kalshi and Robinhood's motions to dismiss may be up to 55 pages, and Kalshi's reply brief may be up to 20 pages.

JOINT STIP MODIFYING BRIEFING SCHEDULE AND PAGE LIMITS - CASE NO. 3:25-CV-06162-JSC

2

IT IS SO STIPULATED

Dated: October 15, 2025          THE LAW OFFICES OF RAPPORT AND MARSTON


By: /s/ Lester J. Marston
    Lester J. Marston

*Attorneys for Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians*

Dated: October 15, 2025          FARELLA BRAUN + MARTEL LLP


By: /s/ Christopher C. Wheeler
    Christopher C. Wheeler

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Dated: October 15, 2025          CONRAD | METLITSKY | KANE LLP


By: /s/ Mark R. Conrad
    Mark R. Conrad

*Attorneys for Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

## CM/ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.


Dated: October 15, 2025          FARELLA BRAUN + MARTEL LLP


By: /s/ Christopher C. Wheeler
    Christopher C. Wheeler

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

JOINT STIP MODIFYING BRIEFING SCHEDULE AND PAGE LIMITS - CASE NO. 3:25-CV-06162-JSC

3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 15, 2025

_____
Honorable Jacqueline Scott Corley
United States District Judge

47225\20679314.1

JOINT STIP MODIFYING BRIEFING SCHEDULE
AND PAGE LIMITS - CASE NO. 3:25-CV-06162-
JSC

4