1   Christopher C. Wheeler (State Bar No. 224872)    Mark R. Conrad (State Bar No. 255667)
    cwheeler@fbm.com                                 mconrad@conmetkane.com
2   Dylan M. Silva (State Bar No. 306363)            CONRAD | METLITZKY | KANE LLP
    dmsilva@fbm.com                                  217 Leidesdorff Street
3   Farella Braun + Martel LLP                       San Francisco, CA 94111
    One Bush Street, Suite 900                       Telephone: (415) 343-7100
4   San Francisco, CA 94104                          Facsimile: (415) 343-7101
    Telephone: (415) 954-4400
5   Facsimile: (415) 954-4480                        Antony L. Ryan (pro hac vice)
                                                     aryan@cravath.com
6   Olivia S. Choe (pro hac vice)                    Kevin J. Orsini (pro hac vice)
    ochoe@milbank.com                                korsini@cravath.com
7   Joshua B. Sterling (pro hac vice)                Brittany L. Sukiennik (pro hac vice)
    jsterling@milbank.com                            bsukiennik@cravath.com
8   MILBANK LLP                                      CRAVATH, SWAINE & MOORE LLP
    1101 New York Avenue, NW                         Two Manhattan West
9   Washington D.C. 20005                            375 Ninth Avenue
    Telephone: (202) 835-7500                        New York, NY 10001
10  Facsimile: (202) 263-7586                        Telephone: (212) 474-1000
                                                     Facsimile: (212) 474-3700
11  Grant R. Mainland (pro hac vice)
    gmainland@milbank.com                            Mithun Mansinghani (pro hac vice)
12  Karen Wong (pro hac vice)                        mithun@lkcfirm.com
    kwong3@milbank.com                               LEHOTSKY KELLER COHN LLP
13  MILBANK LLP                                      629 W. Main Street
    55 Hudson Yards                                  Oklahoma City, OK 73102
14  New York, NY 10001                               Telephone: (512) 693-8350
    Telephone: (212) 530-5000
15  Facsimile: (212) 530-5219                        Attorneys for Defendants Robinhood Markets,
                                                     Inc., and Robinhood Derivatives LLC
16  Attorneys for Defendants KALSHI INC.,
    KALSHIEX LLC
17

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21  BLUE LAKE RANCHERIA, CHICKEN              Case No. 3:25-cv-06162-JSC
    RANCH RANCHERIA OF ME-WUK
22  INDIANS, and PICAYUNE RANCHERIA           **DEFENDANTS' OPPOSITION TO**
    OF THE CHUKCHANSI INDIANS,                **PLAINTIFFS' NOTICE OF**
23                                            **SUPPLEMENTAL AUTHORITY IN**
            Plaintiffs,                        **SUPPORT OF PLAINTIFF TRIBE'S [*SIC*]**
24                                            **MOTION FOR A PRELIMANARY [*SIC*]**
        vs.                                   **INJUNCTION**
25
    KALSHI INC., KALSHIEX LLC,
26  ROBINHOOD MARKETS, INC.,
    ROBINHOOD DERIVATIVES LLC, and
27  DOES 1-20,

28          Defendants.

DEFENDANTS' OPPOSITION TO PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE - Case No.
3:25-cv-06162-JSC

1    Defendants Kalshi Inc., KalshiEX LLC, Robinhood Markets, Inc., and Robinhood

2   Derivatives LLC ("Defendants") object to Plaintiffs' purported Notice of Supplemental Authority

3   (ECF No. 65 (the "Notice")).  The Notice submits as supplemental authority an opinion in *North*

4   *American Derivatives Exchange v. Nevada*, No. 2:25-cv-00978 (D. Nev. Oct. 14, 2025) (the "*Crypto*

5   Opinion").  The Notice is procedurally improper.  It cites to "L.R. 230(m)(1)," but the relevant Civil

6   Local Rule regarding the submission of supplemental authority is Civil Local Rule 7-3(d)—

7   "Supplementary Material"—which provides:

8       Once a reply is filed, no additional memoranda, papers or letters may be

9       filed without prior Court approval, except as follows:

10       (2) ***Before the noticed hearing date***, counsel may bring to the Court's

11       attention a relevant judicial opinion ***published after the date the opposition***

12       ***or reply was filed*** by filing and serving a Statement of Recent Decision.

13       Such Statement shall contain a citation to and provide a copy of the new

14       opinion ***without argument***.  (Emphases added.)

15   The Notice flouts these requirements in three respects: (1) it submits authority ***after*** the noticed

16   hearing date; (2) the authority in question was published ***before*** Plaintiffs' reply was filed; and (3)

17   the Notice contains argument as to why the authority is supposedly relevant.  The Notice should be

18   disregarded and stricken.

19    If the Court were to consider the Notice, Defendants request leave to make the following

20   observations.  First, any issue relating to the proper interpretation of 17 C.F.R. § 40.11—a regulation

21   promulgated by the CFTC pursuant to the CEA—is irrelevant to whether Plaintiffs are likely to

22   succeed on the merits of their IGRA claim.  Moreover, 17 C.F.R. § 40.11(c) in fact gives the CFTC

23   discretion to review and approve such contracts upon self-certification by a DCM.  Second, the

24   *Crypto* Opinion affirmed the Nevada court's prior ruling that the "plain and unambiguous" language

25   of the CEA gives the CFTC exclusive jurisdiction over swaps traded on DCMs.  Opinion at 16

26   (quoting *KalshiEX LLC v. Hendrick*, 2025 WL 1073495, at *5 (D. Nev. Apr. 9, 2025)).  In the *Crypto*

27   Opinion, the Nevada court determined that a different DCM's event contracts did not qualify as

28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' OPPOSITION TO PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE - Case No.
3:25-cv-06162-JSC

2

1    swaps under the CEA's definition.  Plaintiffs here have nowhere alleged that Kalshi's event contracts

2    do not qualify as swaps.  The *Crypto* Opinion is irrelevant to this case for this additional reason.

3      Dated: October 27, 2025                                   Respectfully submitted,

4

5                                               */s/ Christopher C. Wheeler*\_\_\_\_

6                                             Christopher C. Wheeler (SBN 224872)
     cwheeler@fbm.com

7                                             Dylan M. Silva (SBN 306363)
     dmsilva@fbm.com

8                                             FARELLA BRAUN + MARTEL LLP
     One Bush Street, Suite 900

9                                             San Francisco, CA 94104
     Telephone: (415) 954-4400

10                                            Facsimile: (415) 954-4480

11

12                                            Olivia S. Choe (pro hac vice)
     ochoe@milbank.com

13                                            Joshua B. Sterling (pro hac vice)
     jsterling@milbank.com

14                                            MILBANK LLP
     1101 New York Avenue, NW

15                                            Washington, D.C. 20005
     Telephone: (202) 835-7500

16                                            Facsimile: (202) 263-7586

17                                            Grant R. Mainland (pro hac vice)
     gmainland@milbank.com

18                                            Karen Wong (pro hac vice)
     kwong3@milbank.com

19                                            MILBANK LLP
     55 Hudson Yards

20                                            New York, NY 10001
     Telephone: (212) 530-5000

21                                            Facsimile: (212) 530-5219

22

23                                            *Attorneys for Defendants Kalshi Inc.*
     *and KalshiEX LLC*

24

25

26

27

28

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' OPPOSITION TO PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE - Case No.
3:25-cv-06162-JSC

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Mark R. Conrad

Mark R. Conrad (SBN 255667)
mconrad@conmetkane.com
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101

Antony L. Ryan (pro hac vice)
aryan@cravath.com
Kevin J. Orsini (pro hac vice)
korsini@cravath.com
Brittany L. Sukiennik (pro hac vice)
bsukiennik@cravath.com
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Mithun Mansinghani (pro hac vice)
mithun@lkcfirm.com
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
Telephone: (512) 693-8350

*Attorneys for Defendants Robinhood Markets, Inc., and Robinhood Derivatives LLC*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' OPPOSITION TO PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE - Case No.
3:25-cv-06162-JSC

4