Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants KALSHI INC.,
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, <br><br> Plaintiffs, <br><br> vs. <br><br> KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20, <br><br> Defendants. | Case No. 3:25-cv-06162 <br><br> **DECLARATION OF KAREN WONG IN SUPPORT OF KALSHI DEFENDANTS' MOTION TO DISMISS** <br><br> Date: March 19, 2026 <br> Time: 10:00 <br> Courtroom: 8 (19th Floor) <br> Judge: Hon. Jacqueline Scott Corley |

I, Karen Wong, declare as follows:

1. I am an attorney and member in good standing of the bar of the State of New York. I am a Special Counsel at Milbank LLP, counsel for Defendants Kalshi Inc. and KalshiEX LLC (the "Kalshi Defendants") in the above-captioned action. I make this declaration in support of the Kalshi Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and if called as a witness would competently testify concerning such matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Commodity Futures Trading Commission's (the "CFTC") Order of Designation in the Matter of the Application of KalshiEX LLC for Designation as a Contract Market, dated November 3, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of KalshiEX LLC's submission to the CFTC containing its self-certification of an economics-based event contract, dated June 27, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of KalshiEX LLC's submission to the CFTC containing its self-certification of a popular culture-based event contract, dated June 27, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of KalshiEX LLC's submission to the CFTC containing its self-certification of a politics-based event contract, dated June 24, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of KalshiEX LLC's submission to the CFTC containing its self-certification of a sports-based event contract, date June 11, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of the CFTC's Order in the Matter of the Certification by KalshiEX LLC of Derivatives Contracts with Respect to Political Control of the United States Senate and United States House of Representatives, dated September 22, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Department of the Interior's letter approving and attaching the Tribal-State Compact between the Picayune Rancheria of Chukchansi Indians and California, dated May 5, 2000.

9. Attached hereto as **Exhibit H** is a true and correct copy of the CFTC's adoption of a final rule in the Federal Register, dated July 27, 2011.

10. Attached hereto as **Exhibit I** is a true and correct copy of the CFTC's notice of proposed rulemaking in the Federal Register, dated June 10, 2024.

11. Attached hereto as **Exhibit J** is a true and correct copy of the transcript of the preliminary injunction hearing in the above-captioned matter, dated October 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on this 31st day of October 2025 in New York, New York.

Dated: October 31, 2025         MILBANK LLP

                                By: /s/ 
                                    Karen Wong

                                Attorney for Defendants KALSHI INC. and
                                KALSHIEX LLC

3