# Exhibit D

June 24, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing of the "Will the Senate parliamentarian advise that <provision> can be included in a budget reconciliation bill before <date>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies the Commission that it is self-certifying the "Will the Senate parliamentarian advise that <provision> can be included in a budget reconciliation bill before <date>?" contract (Contract). The Contract will initially be listed after close-of-business on **June 25, 2025**; it is listed as the day after because of limitations of the Commission's online submission portal. The Exchange intends to list the contract on a custom basis. The Contract's terms and conditions (Appendix A) includes the following strike conditions:

- **<date>**
- **<provision>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

*KalshiEX LLC*

*KalshiEX LLC*

**KalshiEX LLC**
**Official Product Name:** "Will the Senate parliamentarian advise that <provision> can be included in a budget reconciliation bill before <date>?"
**Rulebook:** PARLIAMENTARIANBYRD
**Summary:** Senate parliamentarian advice on budget reconciliation provision
**Kalshi Contract Category:**  Political Decision
**Kalshi Internal Category:**  Politics
June 24, 2025

## CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

I.   Introduction

The "Will the Senate parliamentarian advise that <provision> can be included in a budget reconciliation bill before <date>?" Contract is a contract relating to Politics.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.12 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.6 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access

the Underlying are non-binding and are provided for convenience only and are not part of the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

*KalshiEX LLC*

# CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2

Based on the above analysis, the Exchange certifies that:
- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: June 24, 2025

**Attachments:**

Appendix A - Contract Terms and Conditions

Appendix B (Confidential) - Further Considerations

Appendix C (Confidential) - Source Agency

Appendix D (Confidential) - Compliance with Core Principles

*KalshiEX LLC*

# APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will the Senate parliamentarian advise that &lt;provision&gt; can be included in a budget reconciliation bill before &lt;date&gt;?"**
**Rulebook: PARLIAMENTARIANBYRD**

KalshiEX LLC

# PARLIAMENTARIANBYRD

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is guidance from the Senate Parliamentarian regarding whether <provision> complies with reconciliation rules, including the Byrd Rule, after Issuance and before <date>. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agencies are the Senate Parliamentarian, the Senate Budget Committee, the House Budget Committee, the Congressional Record, the White House, The New York Times, the Associated Press, Bloomberg News, Reuters, Axios, Politico, Roll Call, The Hill, Punchbowl News, The Information, The Washington Post, The Wall Street Journal, ABC, CBS, CNN, Fox News, MSNBC, NBC, C-SPAN, and official Senate committee websites.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<provision>:** <provision> refers to a specific legislative provision, section, title, or policy proposal specified by the Exchange that may be considered for inclusion in a budget reconciliation bill. It may refer to a provision as originally drafted, as modified, or as resubmitted after modification. The Exchange may specify whether the Contract covers only the original version or any modified versions.

**<date>:** <date> refers to a calendar date specified by the Exchange. The Exchange may list iterations of the Contract corresponding to variations of <date>.

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that the Senate Parliamentarian has advised, either formally during floor proceedings or through the Byrd Bath process, that <provision> is permitted to be included in a budget reconciliation bill without violating the Byrd Rule or other reconciliation requirements.

For the market to resolve to "Yes":

- The parliamentarian must provide affirmative guidance (verbal or written) that the provision complies with reconciliation rules
- Guidance that the provision is permitted "with modifications" or "as modified" will resolve to "Yes" only if the modifications have been made and the parliamentarian has advised the modified version is permitted

For the market to resolve to "No":

KalshiEX LLC

- The parliamentarian advises that <provision> violates the Byrd Rule or is otherwise impermissible; or
- The parliamentarian advises that <provision> would be subject to a 60-vote point of order; or
- No parliamentarian guidance (no advisory ruling) on <provision> is provided before <date>

The following do NOT affect resolution:

- Whether the presiding officer follows the parliamentarian's advice
- Whether senators vote to waive the Byrd Rule or overrule the chair
- Whether <provision> is ultimately included in the final legislation
- Informal or preliminary guidance unless confirmed through the Byrd Bath or formal process

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the same as the Expiration Date. The Last Trading Time will be the same as the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be <date>. If an event described in the Payout Criterion occurs, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 6.3(d) of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 6.3(b) in the Rulebook.

*KalshiEX LLC*

*KalshiEX LLC*