# Exhibit E

June 11, 2025

**SUBMITTED VIA CFTC PORTAL**
Secretary of the Commission
Office of the Secretariat
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Re: KalshiEX LLC – CFTC Regulation 40.2(a) Notification Regarding the Initial Listing
of the "Will a Canadian hockey team win the Stanley Cup before <date>?" Contract

Dear Sir or Madam,

Pursuant to Section 5c(c) of the Commodity Exchange Act and Section 40.2(a) of the regulations of the
Commodity Futures Trading Commission, KalshiEX LLC (Kalshi), a registered DCM, hereby notifies
the Commission that it is self-certifying the "Will a Canadian hockey team win the Stanley Cup before
<date>?" contract (Contract). The Contract will initially be listed after close-of-business on June 11,
2025; it is listed as the day after because of limitations of the Commission's online submission portal. The
Exchange intends to list the contract on a ⎡custom ▾⎤ basis. The Contract's terms and conditions
(Appendix A) includes the following strike conditions:
- **<date>**
- **<Canadian hockey team>**

Along with this letter, Kalshi submits the following documents:

- A concise explanation and analysis of the Contract;
- Certification;
- Appendix A with the Contract's Terms and Conditions;
- Confidential Appendices with further information; and
- A request for FOIA confidential treatment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Xavier Sottile
Head of Markets
KalshiEX LLC
xsottile@kalshi.com

*KalshiEX LLC*

*KalshiEX LLC*

**KalshiEX LLC**
**Official Product Name: "Will a Canadian hockey team win the Stanley Cup before <date>?"**
**Rulebook: CANADACUP**
**Summary: Canadian hockey team Stanley Cup win timeline**
**Kalshi Contract Category:  Other Event**
**Kalshi Internal Category:  World**
**June 10, 2025**

### CONCISE EXPLANATION AND ANALYSIS OF THE PRODUCT AND ITS COMPLIANCE WITH APPLICABLE PROVISIONS OF THE ACT, INCLUDING CORE PRINCIPLES AND THE COMMISSION'S REGULATIONS THEREUNDER

Pursuant to Commission Rule 40.2(a)(3)(v), the following is a concise explanation and analysis of the product and its compliance with the Act, including the relevant Core Principles (discussed in Appendix D), and the Commission's regulations thereunder.

**I.    Introduction**

The "Will a Canadian hockey team win the Stanley Cup before <date>?" Contract is a contract relating to World.

Further information about the Contract, including an analysis of its risk mitigation and price basing utility, as well as additional considerations related to the Contract, is included in Confidential Appendices B, C, and D.

Pursuant to Section 5c(c) of the Act and CFTC Regulations 40.2(a), the Exchange hereby certifies that the listing of the Contract complies with the Act and Commission regulations under the Act.

**General Contract Terms and Conditions:** The Contract operates similar to other event contracts that the Exchange lists for trading. The minimum price fluctuation is $0.01 (one cent). Price bands will apply so that Contracts may only be listed at values of at least $0.01 and at most $0.99. Further, the Contract is sized with a one-dollar notional value and has a minimum price fluctuation of $0.01 to enable Members to match the size of the contracts purchased to their economic risks. As outlined in Rule 5.12 of the Rulebook, trading shall be available at all times outside of any maintenance windows, which will be announced in advance by the Exchange. Members will be charged fees in accordance with Rule 3.6 of the Rulebook. Fees, if they are charged, are charged in such amounts as may be revised from time to time to be reflected on the Exchange's Website. A new Source Agency can be added via a Part 40 amendment. All instructions on how to access the Underlying are non-binding and are provided for convenience only and are not part of

*KalshiEX LLC*

the binding Terms and Conditions of the Contract. They may be clarified at any time. Furthermore, the Contract's payout structure is characterized by the payment of an absolute amount to the holder of one side of the option and no payment to the counterparty. During the time that trading on the Contract is open, Members are able to adjust their positions and trade freely. The Expiration Value and Market Outcome are determined at or after Market Close. The market is then settled by the Exchange, and the long position holders and short position holders are paid according to the Market Outcome. In this case, "long position holders" refers to Members who purchased the "Yes" side of the Contract and "short position holders" refers to Members who purchased the "No" side of the Contract. If the Market Outcome is "Yes," meaning that an event occurs that is encompassed within the Payout Criterion, then the long position holders are paid an absolute amount proportional to the size of their position and the short position holders receive no payment. If the Market Outcome is "No," then the short position holders are paid an absolute amount proportional to the size of their position and the long position holders receive no payment. Specification of the circumstances that would trigger a Market Outcome of "Yes" are included below in the section titled "Payout Criterion" in Appendix A.

**CERTIFICATIONS PURSUANT TO SECTION 5c OF THE COMMODITY EXCHANGE ACT, 7 U.S.C. § 7A-2 AND COMMODITY FUTURES TRADING COMMISSION RULE 40.2, 17 C.F.R. § 40.2**

Based on the above analysis, the Exchange certifies that:

- ❏ The Contract complies with the Act and Commission regulations thereunder.
- ❏ This submission (other than those appendices for which confidential treatment has been requested) has been concurrently posted on the Exchange's website at https://kalshi.com/regulatory/filings.

Should you have any questions concerning the above, please contact the exchange at ProductFilings@kalshi.com.

_____

By: Xavier Sottile
Title: Head of Markets
Date: June 10, 2025

**<u>Attachments:</u>**

Appendix A - Contract Terms and Conditions

Appendix B (Confidential) - Further Considerations

Appendix C (Confidential) - Source Agency

Appendix D (Confidential) - Compliance with Core Principles

*KalshiEX LLC*

### APPENDIX A – CONTRACT TERMS AND CONDITIONS

**Official Product Name: "Will a Canadian hockey team win the Stanley Cup before <date>?"**
**Rulebook: CANADACUP**

*KalshiEX LLC*

*KalshiEX LLC*

# CANADACUP

**Scope:** These rules shall apply to this contract.

**Underlying:** The Underlying for this Contract is the Stanley Cup championship winner for any NHL season that concludes after Issuance and before <date>. Revisions to the Underlying made after Expiration will not be accounted for in determining the Expiration Value.

**Source Agency:** The Source Agencies are the National Hockey League (NHL), NHL.com, the Hockey Hall of Fame, TSN, Sportsnet, ESPN, The Hockey News, the Associated Press, The Globe and Mail, National Post, CBC Sports, The Athletic, USA Today, The Wall Street Journal, and Fox Sports.

**Type:** The type of Contract is an Event Contract.

**Issuance:** After the initial Contract, Contract iterations will be listed on an as-needed basis at the discretion of the Exchange and corresponding to the risk management needs of Members.

**<date>:** <date> refers to a calendar date specified by the Exchange. The Exchange may list iterations of the Contract corresponding to variations of <date>.

**<Canadian hockey team>:** <Canadian hockey team> refers to any NHL franchise that satisfies ALL of the following criteria at the time they clinch the Stanley Cup championship:

- The team's home arena is located in Canada
- The team plays home games in a Canadian city
- The team is officially designated by the NHL as representing a Canadian city

As of contract issuance, Canadian teams include: Calgary Flames, Edmonton Oilers, Montreal Canadiens, Ottawa Senators, Toronto Maple Leafs, Vancouver Canucks, and Winnipeg Jets. If any team relocates TO Canada before winning, they become eligible. If any Canadian team relocates FROM Canada, they are no longer eligible from the date of relocation.

**Payout Criterion:** The Payout Criterion for the Contract encompasses the Expiration Values that the <Canadian hockey team> has won the Stanley Cup in a season concluding after Issuance and before <date>.

For the purposes of this contract:

- If the Stanley Cup is not awarded in a season due to strike, lockout, or other reason, that season does not count
- Later vacated or forfeited championships are included

*KalshiEX LLC*

Special circumstances:

- If a season spans across <date>, only championships won before <date> count
- Exhibition, preseason, or other non-Stanley Cup championships do not count
- If multiple teams are declared co-champions (unprecedented), a Canadian team sharing counts as YES
- Postponed championships are included in the Payout Criterion if they are held and otherwise qualify before <date>

Examples that would resolve to YES:

- Toronto Maple Leafs win Game 7 of the Stanley Cup Finals on June 15, before <date>
- Edmonton Oilers sweep the Finals 4-0, clinching on May 28, before <date>
- A team relocates from Atlanta to Quebec City and wins the Cup that same season

Examples that would NOT resolve to YES:

- A Canadian team loses in the Stanley Cup Finals
- Vancouver wins the Cup on June 30, but <date> was June 25
- The season is cancelled and no Stanley Cup is awarded
- A team relocates from Winnipeg to Houston and then wins the Cup

**Minimum Tick:** The Minimum Tick size for the Contract shall be $0.01.

**Position Accountability Level:** The Position Accountability Level for the Contract shall be $25,000 per strike, per Member.

**Last Trading Date:** The Last Trading Date of the Contract will be the same as the Expiration Date. The Last Trading Time will be the same as the Expiration time.

**Settlement Date:** The Settlement Date of the Contract shall be no later than the day after the Expiration Date, unless the Market Outcome is under review pursuant to Rule 7.1.

**Expiration Date:** The latest Expiration Date of the Contract shall be <date>. If a Canadian team wins the Stanley Cup, expiration will be moved to an earlier date and time in accordance with Rule 7.2.

**Expiration time:** The Expiration time of the Contract shall be 10:00 AM ET.

**Settlement Value:** The Settlement Value for this Contract is $1.00.

**Expiration Value:** The Expiration Value is the value of the Underlying as documented by the Source Agency on the Expiration Date at the Expiration time.

**Contingencies:** Before Settlement, Kalshi may, at its sole discretion, initiate the Market Outcome Review Process pursuant to Rule 6.3(d) of the Rulebook. If an Expiration Value cannot be determined on the Expiration Date, Kalshi has the right to determine payouts pursuant to Rule 6.3(b) in the Rulebook.