Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants KALSHI INC.,
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-06162-JSC<br><br>**[PROPOSED] ORDER GRANTING KALSHI DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: March 19, 2026<br>Time: 10:00am<br>Courtroom: 8 (19th Floor)<br>Judge: Hon. Jacqueline Scott Corley<br><br>**Oral Argument Requested** |

**[PROPOSED] ORDER**

This Matter is before the Court on the Motion to Dismiss Plaintiffs' Complaint ("the Motion to Dismiss") filed by Defendants KALSHI INC. and KALSHIEX LLC. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that the Motion to Dismiss should be granted.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: _____      By: _____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE