Lester J. Marston
California State Bar No. 081030
The Law Offices of Rapport and Marston
An Association of Sole Practitioners
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS<br><br>Plaintiffs,<br><br>v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No.: 25-cv-06162-JSC<br><br>NOTICE OF APPEAL AND REPRESENTATION STATEMENT<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>[NINTH CIRCUIT RULE 3-2] |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians, pursuant to 18 U.S.C. § 1292, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order

Denying Plaintiffs' Motion for Preliminary Injunction (ECF No. 71), filed and entered in this action on November 10, 2025.

DATED: November 25, 2025    Respectfully Submitted,
RAPPORT AND MARSTON

By:    /s/ *Lester J. Marston*
LESTER J. MARSTON, Attorney for the Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and the Picayune Rancheria of Chukchansi Indians

## NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, plaintiffs-appellants Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and the Picayune Rancheria of Chukchansi Indians, submit the following list of the parties to the action with the names, addresses, and telephone numbers of their respective counsel:

Plaintiffs, Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and the Picayune Rancheria of Chukchansi Indians, are represented by the following counsel:

Lester J. Marston
ljmarston@rmlawoffice.net

John Bursick
jabursick@gmail.com

THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235

Counsel Lester J. Marston is registered for Electronic Filing in the Ninth Circuit

Defendants, Kalshi Inc. and KalshiEX LLC, are represented by the following counsel:

Christopher C. Wheeler
cwheeler@fbm.com

Dylan Silva
dmsilva@fbm.com

FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe
ochoe@milbank.com

Joshua B. Sterling
jsterling@milbank.com

MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland
gmainland@milbank.com

Karen Wong
kwong3@milbank.com

MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Defendants, Robinhood Markets, Inc. and Robinhood Derivatives LLC, are represented by the following counsel:

Mark R. Conrad
mconrad@conmetkane.com

CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Facsimile: (415) 343-7101

Mithun Mansinghani
mithun@lkcfirm.com

LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
Telephone: (512) 693-8350

Antony L. Ryan
aryan@cravath.com

Kevin J. Orsini
korsini@cravath.com

Brittany L. Sukiennik
bsukiennik@cravath.com

CRAVATH, SWAINE & MOORE LLP

Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

DATED: November 25, 2025

By:     /s/ *Lester J. Marston*
LESTER J. MARSTON, Attorney for the Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and the Picayune Rancheria of Chukchansi Indians

**CERTIFICATE OF SERVICE**

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system on November 25, 2025, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on November 25, 2025, at Ukiah, California.

                                                        */s/ Ericka Duncan*
                                                       ERICKA DUNCAN