1  Olivia S. Choe (pro hac vice)
   ochoe@milbank.com
2  Joshua B. Sterling (pro hac vice)
   jsterling@milbank.com
3  MILBANK LLP
   1101 New York Avenue, NW
4  Washington D.C. 20005
   Telephone: (202) 835-7500
5  Facsimile: (202) 263-7586

6  Grant R. Mainland (pro hac vice)
   gmainland@milbank.com
7  Karen Wong (pro hac vice)
   kwong3@milbank.com
8  MILBANK LLP
   55 Hudson Yards
9  New York, New York 10001
   Telephone: (212) 530-5000
10 Facsimile: (212) 530-5219

11 Christopher C. Wheeler (SBN 224872)
   cwheeler@fbm.com
12 Dylan M. Silva (SBN 306363)
   dmsilva@fbm.com
13 FARELLA BRAUN + MARTEL LLP
   One Bush Street, Suite 900
14 San Francisco, California 94104
   Telephone: (415) 954-4400
15 Facsimile: (415) 954-4480

16 *Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-06162<br><br>**DECLARATION OF KAREN WONG IN SUPPORT OF KALSHI DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS** |

I, Karen Wong, declare as follows:

1. I am special counsel at the law firm Milbank LLP, counsel to Defendants Kalshi Inc. and KalshiEX LLC (the "Kalshi Defendants") in the above-captioned action. I am a member in good standing of the bar of the State of New York. I am submitting this declaration in support of the Kalshi Defendants' Reply Brief in Support of Their Motion to Dismiss.

2. Attached hereto as **Exhibit K** is a true and correct copy of the Class III Gaming Secretarial Procedures for the Blue Lake Rancheria, dated January 31, 2024, accessed at https://www.bia.gov/sites/default/files/dup/assets/asia/oig/pdf/508_compliant_2024.01.31_blue_lake_rancheria_secretarial_procedures.pdf.

3. Attached hereto as **Exhibit L** is a true and correct copy of the Class III Gaming Secretarial Procedures for the Chicken Ranch Rancheria, dated January 31, 2024, accessed at https://www.bia.gov/sites/default/files/dup/assets/asia/oig/pdf/508_compliant_2024.01.31_chicken_ranch_rancheria_secretarial_procedures.pdf.

4. Attached hereto as **Exhibit M** is a true and correct copy of CFTC Press Release No. 9179-26, dated February 4, 2026, accessed at https://www.cftc.gov/PressRoom/PressReleases/9179-26.

5. Attached hereto as **Exhibit N** is a true and correct copy of the public remarks by Michael Selig, the Chairman of the Commodity Futures Trading Commission ("CFTC") on January 29, 2026, accessed at https://www.cftc.gov/PressRoom/SpeechesTestimony/opaselig1.

I declare under penalty of perjury that the foregoing is true and correct; executed this 23rd day of February, 2026 in New York, New York.

Dated: February 23, 2026

MILBANK LLP

By: _____

Karen Wong, Declarant

Attorney for Defendants KALSHI INC. and KALSHIEX LLC