# EXHIBIT M

# CFTC Withdraws Event Contracts Rule Proposal and Staff Sports Event Contracts Advisory

**WASHINGTON** — The Commodity Futures Trading Commission today announced it has withdrawn the notice of proposed rulemaking titled "Event Contracts" that published June 10, 2024. [See CFTC Press Release No. 8907-24] The CFTC does not intend to issue final rules with respect to the proposal.

Additionally, Commission staff has withdrawn CFTC Staff Letter 25-36, a Staff Advisory on Certain Contract Markets, issued Sept. 30, 2025 [See CFTC Press Release No. 9137-25].

"Today's actions reflect the CFTC's commitment to lawful innovation in our markets," said CFTC Chairman Michael S. Selig. "The 2024 event contracts proposal reflected the prior administration's frolic into merit regulation with an outright prohibition on political contracts ahead of the 2024 presidential election. The Commission is withdrawing that proposal and will advance a new rulemaking grounded in a rational and coherent interpretation of the Commodity Exchange Act that promotes responsible innovation in our derivatives markets in line with Congressional intent."

Chairman Selig also commended the staff's withdrawal of its 2025 sports event contracts advisory.

"While intended to highlight litigation considerations, the advisory inadvertently created confusion and uncertainty for our market participants" Chairman Selig said. "I look forward to working with staff on an event contracts rulemaking."