Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants KALSHI INC.
KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, <br><br> Plaintiffs, <br><br> vs. <br><br> KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20, <br><br> Defendants. | Case No. 3:25-cv-06162 <br><br> **DEFENDANTS KALSHI INC. AND KALSHIEX LLC'S STATEMENT OF RECENT DECISION (L.R. 7-3(d))** |

STATEMENT OF RECENT DECISION
Case No. 3:25-cv-06162

Pursuant to Local Rule 7-3(d), Defendants Kalshi Inc. and KalshiEX LLC (together, "Kalshi") respectfully submit this Statement of Recent Decision to advise the Court of a recent District of Arizona decision granting the Commodity Futures Trading Commission ("CFTC") a temporary restraining order prohibiting any state enforcement efforts against CFTC-regulated designated contract markets ("DCMs") on the grounds that state gambling laws are preempted as applied to transactions on DCMs.

This decision directly bears on whether the Commodity Exchange Act's grant of exclusive jurisdiction to the CFTC leaves any room for state or tribal regulation of trading on DCMs, whether pursuant to IGRA or tribal ordinance. *See, e.g.*, ECF No. 67 at 10-11, 16-17.

A copy of the District of Arizona's opinion is attached as Exhibit 1.

Dated:  April 13, 2026                       FARELLA BRAUN + MARTEL LLP


By:      _____*/s/ Christopher C. Wheeler*_____
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
Karen Wong (pro hac vice)
kwong3@milbank.com
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Attorneys for Defendants Kalshi Inc.
and KalshiEX LLC*

STATEMENT OF RECENT DECISION
Case No. 3:25-cv-06162

3