LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS<br><br>Plaintiffs,<br>v.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES LLC, and DOES 1-20,<br><br>Defendants. | Case No.: 25-cv-06162-JSC<br><br>**JOINT STIPULATION REGARDING DISMISSAL OF PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS AND ORDER THEREON**<br><br>Date Action Filed: July 22, 2025<br><br>Trial Date: None Set<br><br>Action: Stayed |

The parties, by and through their undersigned legal counsel, hereby stipulate as follows:

1.    The plaintiff, Picayune Rancheria of the Chukchansi Indians ("Tribe") can be dismissed from the above-entitled case without prejudice, and

2.    The court can issue an order, dismissing the Tribe from the above-entitled case without prejudice.

Dated: July 31, 2026          THE LAW OFFICES OF RAPPORT & MARSTON

By:    */s/ Lester J. Marston*
       LESTER J. MARSTON

       *Attorney for Plaintiffs*
       BLUE LAKE RANCHERIA, CHICKEN RANCH

1

RANCHERIA OF ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS

Dated: July 31, 2026          CRAVATH, SWAINE & MOORE LLP

By:    */s/ Antony L. Ryan*
       ANTONY L. RYAN

       Antony L. Ryan (admitted *pro hac vice*)
       Kevin J. Orsini (admitted *pro hac vice*)
       Brittany L. Sukiennik (admitted *pro hac vice*)
       **CRAVATH, SWAINE & MOORE LLP**
       Two Manhattan West
       375 Ninth Avenue
       New York, NY 10001
       Tel: (212) 474-1000
       Fax: (212) 474-3700
       Email: aryan@cravath.com
       Email: korsini@cravath.com
       Email: bsukiennik@cravath.com

       Mark R. Conrad (CA Bar No. 255667)
       **CONRAD | METLITZKY | KANE LLP**
       217 Leidesdorff Street
       San Francisco, CA 94111
       Tel: (415) 343-7100
       Fax: (415) 343-7101
       Email: mconrad@conmetkane.com
       Mithun Mansinghani (admitted *pro hac vice*)

       **LEHOTSKY KELLER COHN LLP**
       629 W. Main Street
       Oklahoma City, OK 73102
       Tel: (512) 693-8350
       Email: mithun@lkcfirm.com

       *Attorneys for Defendants*
       ROBINHOOD MARKETS, INC. and ROBINHOOD DERIVATIVES, LLC

Dated: July 31, 2026          MILBANK LLP

By:    */s/ Grant R. Mainland*

2

STIPULATION RE: DISMISSAL
[Case No. 25-cv-06162-JSC]

Grant R. Mainland (admitted *pro hac vice*)
gmainland@milbank.com
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Olivia S. Choe (admitted *pro hac vice*)
ochoe@milbank.com
Joshua B. Sterling (admitted *pro hac vice*)
jsterling@milbank.com
**MILBANK LLP**
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Dylan M. Silva (SBN 306363)
dmsilva@fbm.com
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendants*
KALSHI INC. AND KALSHIEX LLC

STIPULATION RE: DISMISSAL
[Case No. 25-cv-06162-JSC]

ORDER

The court, having read the forgoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, that the plaintiff, Picayune Rancheria of the Chukchansi Indians is hereby dismissed from the above-entitled lawsuit without prejudice.

Dated: August __, 2026

_____
Jacqueline Scott Corley,
United States District Court Judge

4

**CERTIFICATE OF SERVICE**

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system on August 3, 2026, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on August 3, 2026, at Ukiah, California.

*/s/ Ericka Duncan*
ERICKA DUNCAN

STIPULATION RE: DISMISSAL
[Case No. 25-cv-06162-JSC]