United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA, et al.,<br>Plaintiffs,<br>v.<br>KALSHI INC., et al.,<br>Defendants. | Case No. 25-cv-06162-JSC<br><br>**ORDER FOLLOWING OCTOBER 21, 2026 FURTHER CASE MANAGEMENT CONFERENCE** |

Following the case management conference held on October 21, 2026, the parties shall meet and confer to discuss a potential stipulation on geofencing, which would remain in effect until further Court order. The Court will hold a further case management conference at 2:00pm on November 4, 2026, with an updated joint case management conference statement due at 12:00pm on November 3, 2026. The statement shall address, among other things, the status of the parties' stipulation discussions.

Plaintiffs' motion to file an amended complaint to add a plaintiff (Dkt. No. 90) is GRANTED. And Plaintiffs anticipated motion to amend (Dkt. No. 101 at 4) is also GRANTED. Plaintiffs shall file their amended complaint by November 4, 2026. Defendants' pending motions to dismiss (Dkt. Nos. 67, 68) are terminated without prejudice.

This Order disposes of Docket Nos. 67, 68, 90.

**IT IS SO ORDERED.**

Dated: October 21, 2026

JACQUELINE SCOTT CORLEY
United States District Judge