United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUE LAKE RANCHERIA, et al.,
Plaintiffs,
v.
KALSHI INC., et al.,
Defendants.

Case No. 3:25-cv-06162-JSC

**ORDER RE: PRELIMINARY INJUNCTION**

Re: Dkt. No. 35

Following the further status conference held on November 4, 2026, the Court GRANTS Plaintiffs' motion for a preliminary injunction (Dkt. No. 35) and ORDERS:

1. Kalshi Inc. and KalshiEX (together, "Kalshi") are enjoined from offering on the Tribes' Indian lands any sports contracts, including, but not limited to, contracts that facially involve, relate to, or reference the sports of baseball, tennis, pickleball, soccer, basketball, football, golf, chess, esports, hockey, motorsports, boxing, wrestling, and Ultimate Fighting Championship events.
2. No later than November 13, 2026, Plaintiffs shall provide Kalshi with maps delineating the boundaries of Plaintiffs' Indian lands.
3. Within 21 days of this Order, Kalshi shall provide the Court with an updated status report on the steps it has taken to comply with this injunction.

**IT IS SO ORDERED.**

Dated: November 4, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge