Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants KALSHI INC., KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and BUENA VISTA RANCHERIA OF ME-WUK INDIANS,<br><br>Plaintiffs,<br><br>vs.<br><br>KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-06162-JSC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING BRIEFING SCHEDULE AND PAGE LIMITS IN CONNECTION WITH MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT** |

Pursuant to Rule 7-11 of the Local Rules for the United States District Court for the Northern District of California, Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Buena Vista Rancheria of Me-Wuk Indians (collectively, "Tribes"), Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"), and Defendants Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Robinhood"; together with the Tribes and Kalshi, "the Parties") jointly move to set the briefing schedule and modify the page limits applicable to the forthcoming motions to dismiss the Second Amended Complaint.

On May 22, 2026, the Court stayed this action pending the Ninth Circuit's rulings in *Blue Lake Rancheria, et al. v. Kalshi, Inc., et al.*, No. 25-7504, and *KalshiEX, LLC v. Assad, et al.*, No. 25-7516. Dkt. 87. The Ninth Circuit has since ruled in both appeals: it issued its opinion in *Assad* on August 28, 2026, and its opinion in *Blue Lake Rancheria* on September 16, 2026. The Ninth Circuit issued its mandate in *Blue Lake Rancheria* on October 8, 2026. Dkt. 99. On October 21, 2026, the Court granted the Tribes' motion to file an amended complaint to add a plaintiff (Dkt. 90) and the Tribes' anticipated motion to amend (Dkt. 101 at 4). The Court also ordered the Tribes to file their amended complaint by November 4, 2026, and terminated without prejudice Kalshi and Robinhood's pending motions to dismiss (Dkt. Nos. 67, 68). Dkt. 103. On November 4, 2026, the Tribes filed their Second Amended Complaint. Dkt. 107. Absent an order of the Court, Kalshi and Robinhood's responses to the Second Amended Complaint would be due on November 18, 2026. *See* Fed. R. Civ. P. 15(a)(3).

The Parties have met and conferred and agree that Kalshi and Robinhood shall file their motions to dismiss the Second Amended Complaint by December 18, 2026, the Tribes shall file their opposition brief by February 1, 2027, and Kalshi and Robinhood shall file their reply briefs by February 23, 2027.

In addition, the Parties jointly request that the Court grant leave to exceed the page limits specified in Civil Local Rule 7-4(b) for Kalshi's motion to dismiss, the Tribes' opposition, and Kalshi's reply in light of the claims asserted against Kalshi, the issues Kalshi's forthcoming motion to dismiss will raise, and the Tribes' intent to file a single omnibus opposition. The

Tribes' Second Amended Complaint asserts four causes of action: (1) violation of the Indian Gaming Regulatory Act ("IGRA"), (2) violation of the Tribes' Gaming Ordinances, (3) infringement of the Tribes' sovereignty and interference with tribal self-governance, and (4) false advertising under the Lanham Act. The first three causes of action are asserted against Kalshi and Robinhood, and the fourth is asserted only against Kalshi. Kalshi's motion to dismiss will address, among other things, tribal jurisdiction, the interplay between IGRA and the Commodity Exchange Act, the interplay between federal law and tribal ordinances, and the sufficiency of the Tribes' false-advertising claim under the Lanham Act. Given the complexity of these issues, Kalshi's legal arguments will cause its motion to dismiss papers to exceed the page limits set forth in Civil Local Rule 7-4(b). The Tribes wish to submit one omnibus brief in opposition to Kalshi's and Robinhood's forthcoming motions to dismiss. For these reasons, the Parties also agree that the applicable page limits should be modified so that Kalshi's opening brief in support of its motion to dismiss may be up to 30 pages, the Tribes' omnibus opposition brief to Kalshi's and Robinhood's motions to dismiss may be up to 55 pages, and Kalshi's reply brief may be up to 20 pages.

On the basis of the foregoing showing of good cause, the Parties respectfully request that the Court set the briefing schedule and grant the Parties' request for leave to exceed the page limits, as set forth above and in the attached Joint Stipulation and [Proposed] Order.

Respectfully submitted,

Dated: November 18, 2026

THE LAW OFFICES OF RAPPORT AND MARSTON

By: */s/ Lester J. Marston*
Lester J. Marston

*Attorneys for Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Buena Vista Rancheria of Me-Wuk Indians*

Dated: November 18, 2026

MILBANK LLP

By: */s/ Grant R. Mainland*
Grant R. Mainland

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Dated: November 18, 2026

CRAVATH, SWAINE & MOORE LLP

By: */s/ Antony L. Ryan*
Antony L. Ryan

*Attorneys for Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

**CM/ECF ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

Dated: November 18, 2026

MILBANK LLP

By: */s/ Grant R. Mainland*
Grant R. Mainland

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Olivia S. Choe (pro hac vice)
ochoe@milbank.com
Joshua B. Sterling (pro hac vice)
jsterling@milbank.com
MILBANK LLP
1101 New York Avenue, NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

Grant R. Mainland (pro hac vice)
gmainland@milbank.com
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants KALSHI INC., KALSHIEX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, and BUENA VISTA RANCHERIA OF ME-WUK INDIANS,

Plaintiffs,

vs.

KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and DOES 1-20,

Defendants.

Case No. 3:25-cv-06162-JSC

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER**

Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Buena Vista Rancheria of Me-Wuk Indians (collectively, "Tribes"), Defendants Kalshi Inc. and KalshiEX LLC (collectively, "Kalshi"), and Defendants Robinhood Markets, Inc., and Robinhood Derivatives, LLC (collectively, "Robinhood"; together with the Tribes and Kalshi, "the Parties") stipulate as follows:

1. On May 22, 2026, the Court stayed this action pending the Ninth Circuit's rulings in *Blue Lake Rancheria, et al. v. Kalshi, Inc., et al.*, No. 25-7504, and *KalshiEX, LLC v. Assad, et al.*, No. 25-7516. Dkt. 87. The Ninth Circuit has since ruled in both appeals: it issued its opinion in *Assad* on August 28, 2026, and its opinion in *Blue Lake Rancheria* on September 16, 2026. The Ninth Circuit issued its mandate in *Blue Lake Rancheria* on October 8, 2026. Dkt. 99.

2. On October 21, 2026, the Court granted the Tribes' motion to file an amended complaint to add a plaintiff (Dkt. 90) and the Tribes' anticipated motion to amend (Dkt. 101 at 4). Dkt. 103. The Court also ordered the Tribes to file their amended complaint by November 4, 2026, and terminated without prejudice Kalshi and Robinhood's pending motions to dismiss (Dkt. Nos. 67, 68). *Id.*

3. On November 4, 2026, the Tribes filed their Second Amended Complaint. Dkt. 107.

4. In light of the Tribes' Second Amended Complaint, the Parties agree to set the briefing schedule for Kalshi and Robinhood's forthcoming motions to dismiss and agree that Kalshi and Robinhood shall file their motions to dismiss by December 18, 2026, the Tribes shall file their opposition brief by February 1, 2027, and Kalshi and Robinhood shall file their reply briefs by February 23, 2027.

5. The Parties also agree that the applicable page limits should be modified in light of the claims asserted against Kalshi, the issues Kalshi's forthcoming motion to dismiss will raise, and the Tribes' intent to file a single omnibus opposition. The Second Amended Complaint asserts four causes of action: (1) violation of the Indian Gaming Regulatory Act ("IGRA"), (2) violation of the Tribes' Gaming Ordinances, (3) infringement of the Tribes' sovereignty and

interference with tribal self-governance, and (4) false advertising under the Lanham Act. The first three causes of action are asserted against Kalshi and Robinhood, and the fourth is asserted only against Kalshi. Kalshi's motion to dismiss will address, among other things, tribal jurisdiction, the interplay between IGRA and the Commodity Exchange Act, the interplay between federal law and tribal ordinances, and the sufficiency of the Tribes' false-advertising claim under the Lanham Act. The Tribes wish to submit one omnibus brief in opposition to Kalshi's and Robinhood's forthcoming motions to dismiss. For these reasons, Kalshi's opening brief in support of its motion to dismiss may be up to 30 pages, the Tribes' omnibus opposition brief to Kalshi's and Robinhood's motions to dismiss may be up to 55 pages, and Kalshi's reply brief may be up to 20 pages.

IT IS SO STIPULATED

Dated: November 18, 2026

THE LAW OFFICES OF RAPPORT AND MARSTON

By: *_/s/ Lester J. Marston_*
Lester J. Marston

*Attorneys for Plaintiffs Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Buena Vista Rancheria of Me-Wuk Indians*

Dated: November 18, 2026

MILBANK LLP

By: *_/s/ Grant R. Mainland_*
Grant R. Mainland

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

Dated: November 18, 2026

CRAVATH, SWAINE & MOORE LLP

By: *_/s/ Antony L. Ryan_*
Antony L. Ryan

*Attorneys for Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

## CM/ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

Dated: November 18, 2026

MILBANK LLP

By: *_/s/ Grant R. Mainland_*
Grant R. Mainland

*Attorneys for Defendants Kalshi Inc. and KalshiEX LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Dated: November 19, 2026

The Court will hear the motion on March 17, 2027 at 10:00 a.m. in San Francisco.

Jacqueline Scott Corley

Honorable Jacqueline Scott Corley
United States District Judge